ANDERSON YEH PC
Edward M. Anderson (STATE BAR NO. 198183)
edward@andersonyehlaw.com
Regina Yeh (STATE BAR NO. 266019)
regina@andersonyehlaw.com
1055 E. Colorado Blvd. Ste 500
Pasadena, California 91106
Telephone: (626) 204-4092  Facsimile: (888) 744-0317

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 2:24-CV-09033-GW-RAO<br><br>**STIPULATION TO EXTEND DEFENDANT TESLA, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed: October 21, 2024<br>Complaint Served: October 24, 2024<br>Current Resp. Date: November 14, 2024<br>New Response Date: December 13, 2024 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## STIPULATION

Plaintiff Alcon Entertainment, LLC ("Plaintiff") and defendant Tesla, Inc. ("Defendant"), by and through their respective attorneys, stipulate as follows:

1. Plaintiff filed its initial Complaint against Defendant and others on October 21, 2024.

2. Plaintiff caused Defendant to be served with the Summons, Complaint and related initial service documents on October 24, 2024.

3. Based on the above service date, Defendant's response to the Complaint is currently due on or before November 14, 2024.

4. Defendant timely requested that Plaintiff agree to grant Defendant an extension of time to respond to the Complaint of not more than thirty (30) days.

5. Plaintiff and Defendant thus hereby stipulate and agree that Defendant's time to respond to the initial Complaint shall be and is extended to December 13, 2024, which is an extension of twenty-nine (29) days.

6. This is the first extension of time.

7. All other rights and positions as between Plaintiff and Defendant respectfully reserved.

DATED: November 12, 2024    ANDERSON YEH PC
Edward M. Anderson
Regina Yeh

By _____
Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: November 12, 2024 | TESLA, INC. |
| 2 | | Krista Carter |
| | | A. Louis Dorny |
| 3 | | Terry Ahearn |
| 4 | | |
| 5 | | By _____ |
| 6 | | Attorneys for Defendant |
| | | TESLA, INC. |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT