# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. CV 24-9033-GW-RAOx<br><br>**ORDER REGARDING JOINT STIPULATION REGARDING (1) ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT ELON MUSK WITH AN AGREED RESPONSE DATE OF FEBRUARY 4, 2025 AND (2) SECOND EXTENSION OF TIME FOR DEFENDANTS TESLA, INC. AND WARNER BROS. DISCOVERY, INC. TO RESPOND TO INITIAL COMPLAINT TO FEBRUARY 4, 2025**<br><br>Action Filed: October 21, 2024<br>Complaint Served: October 24, 2024<br>Current Resp. Date For Defendants Tesla, Inc. and Warner Bros. Discovery, Inc.: December 13, 2024<br>Proposed New Response Date for All Defendants: February 4, 2025 |

[PROPOSED] ORDER

## ORDER

Good cause having been shown, the Court hereby GRANTS the Parties Joint Stipulation Regarding (1) Acceptance Of Service On Behalf Defendant Elon Musk With An Agreed Response Date Of February 4, 2025 And (2) Second Extension Of Time For Defendants Tesla, Inc. And Warner Bros. Discovery, Inc. To Respond To Initial Complaint To February 4, 2025 as follows:

1. Defendant Tesla agrees to accept service on behalf of Defendant Elon Musk by email delivery from Plaintiff's counsel to Tesla's counsel of the Summons, Complaint and related initial service documents.
2. Following Plaintiff effecting above said service, Plaintiff shall file a proof of service of the above documents on Defendant Elon Musk.
3. Defendant Elon Musk shall have until **February 4, 2025** to respond to the Complaint;
4. Defendants Tesla's and WBD's time to respond to the Complaint shall be extended to **February 4, 2025**.
5. All other rights and positions as between Plaintiff and Defendants are respectfully reserved.

IT IS SO ORDERED

DATED: November 27, 2024   By_____
                          HON. GEORGE H. WU,
                          United States District Judge