ANDERSON YEH PC
Edward M. Anderson (STATE BAR NO. 198183)
edward@andersonyehlaw.com
Regina Yeh (STATE BAR NO. 266019)
regina@andersonyehlaw.com
1055 E. Colorado Blvd. Ste 500
Pasadena, California 91106
Telephone: (626) 204-4092  Facsimile: (888) 744-0317

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 2:24-CV-09033-GW-RAO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED PAPERS ON DEFENDANT ELON MUSK PURSUANT TO PARTIES' STIPULATION AND COURT'S NOVEMBER 27, 2024 ORDER**<br><br>Action Filed: October 21, 2024<br>Trial Date:    None Set |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I am employed in the County of Los Angeles, State of California. I am over 18 years of age and not a party to this action. I am a member in good standing of the State Bar of California. I am lead counsel for the plaintiff in this action. My business address is Anderson Yeh PC, 1055 E. Colorado Blvd., Ste. 500, Pasadena, California 91106, telephone: (626) 204-4092, email: edward@andersonyehlaw.com.

On December 3, 2024, I served a copy of the following documents directed to Defendant Elon Musk and described as:

1. **Summons;**
2. **Complaint;**
3. **AO 121 Form Report On The Filing or Determination of an Action or Appeal Regarding a Copyright;**
4. **Notice of Interested Parties;**
5. **Notice of Assignment to United States Judges;**
6. **Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**
7. **Notice to Parties of Court-Directed ADR Program;**
8. **Standing Order Re Final Pre-Trial Conferences For Civil Jury Trials Before Judge George H. Wu;**
9. **Joint Stipulation Regarding (1) Acceptance of Service on Behalf of Defendant Elon Musk With an Agreed Response Date of February 4, 2025 and (2) Second Extension of Time for Defendants Tesla, Inc. and Warner Bros. Discovery, Inc. to Respond to Initial Complaint to February 4, 2025; and**
10. **Order Regarding Joint Stipulation Regarding (1) Acceptance of Service on Behalf of Defendant Elon Musk With an Agreed Response Date of February 4, 2025 and (2) Second Extension of Time for Defendants Tesla, Inc. and Warner Bros. Discovery, Inc. to Respond to Initial Complaint to February 4, 2025.**

I served the above documents on Defendant Elon Musk by delivering them to the following persons:

| | |
|---|---|
| Terry W. Ahearn, Esq.<br>3000 Hanover Street<br>Palo Alto, California 94304<br>tahearn@tesla.com<br><br>A. Louis Dorny, Esq.<br>3000 Hanover Street<br>Palo Alto, California 94304<br>ldorny@tesla.com | *Attorneys for Defendants Tesla, Inc. and Elon Musk* |

I served the identified documents in the following manner:

**BY EMAIL.** I transmitted the document(s) via email to each of the individuals listed above at the respective email address listed above for them, each of whom has consented in writing to service by email of the identified documents.

The above method constitutes effective service of process on defendant Elon Musk pursuant to the joint stipulation filed by the parties on November 26, 2024 (ECF 15) and the Court's November 27, 2024 Order (ECF 16), Fed. R. Civ. Pro. 4(e)(1), and Cal. Code Civ. Pro. § 413.30, including as interpreted by *Beqa Lagoon Support Services v. Hasselman*, 2020 WL 6271032 (S.D. Cal. 2020), *Creative Intellects v. Haygood*, 2021 WL 3568237 (C.D. Cal. 2021), *Facebook, Inc. v. Banana Ads, LLC*, 2012 WL 1038752 (N.D. Cal. 2012), *John Smith v. Jane Doe*, 2024 WL 4800089 (C.D. Cal. October 31, 2024).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration is executed on December 3, 2024 in Pasadena, California.

_____
Edward M. Anderson

PROOF OF SERVICE OF SUMMONS AND COMPLAINT