| | |
|---|---|
| 1 | Krista M. Carter (SBN 225229) |
| 2 | kricarter@tesla.com |
|   | A. Louis Dorny (SBN 212054) |
| 3 | ldorny@tesla.com |
|   | Terry W. Ahearn (SBN 216543) |
| 4 | tahearn@tesla.com |
|   | TESLA, INC. |
| 5 | 3000 Hanover St. |
|   | Palo Alto, CA 94304 |
| 6 | Tel: 510-298-8516 |
| 7 | Christopher S. Marchese (SBN 170239) |
|   | marchese@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 4695 MacArthur Court, Suite 1100 |
| 9 | Newport Beach, CA 92660 |
| 10 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 11 | *Additional counsel listed on signature page* |
| 12 | Attorneys for Defendants |
| 13 | Tesla, Inc. and Elon Musk |

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF MOTION TO DISMISS**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Rozella A. Oliver<br><br>Hearing Date:  March 6, 2025<br>Hearing Time:  8:30 a.m.<br>Courtroom:  9D<br>Judge:  Hon. George H. Wu |

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on March 6, 2025 at 8:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Western Division, 350 West 1st Street, Los Angeles, California 90012, Courtroom 9D, 9th Floor, before the Honorable George H. Wu, Defendants Tesla, Inc. and Elon Musk will move, and hereby do move, to dismiss all claims for relief in the Complaint with prejudice.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Christopher S. Marchese in support of the motion and accompanying exhibits, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 24, 2025. Plaintiff confirmed it will oppose the motion.

| | | |
|---|---|---|
| 1 | Dated: February 4, 2025 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | FISH & RICHARDSON P.C. |
| 5 | | 4695 MacArthur Court, Suite 1100 |
| | | Newport Beach, CA 92660 |
| 6 | | Tel: (213) 533-4240 |
| 7 | | Fax: (858) 678-5099 |
| 8 | | John S. Goetz (*pro hac vice* forthcoming) |
| | | goetz@fr.com |
| 9 | | Kristen McCallion (*pro hac vice* forthcoming) |
| | | mccallion@fr.com |
| 10 | | Vivian Cheng (*pro hac vice* forthcoming) |
| 11 | | cheng@fr.com |
| | | FISH & RICHARDSON P.C. |
| 12 | | 7 Times Square, 20th Floor |
| | | New York, NY 10036 |
| 13 | | Tel: (212) 765-5070 |
| 14 | | Fax: (212) 258-2291 |
| 15 | | Matt Colvin (*pro hac vice* forthcoming) |
| | | colvin@fr.com |
| 16 | | FISH & RICHARDSON P.C. |
| 17 | | 1717 Main Street, Suite 5000 |
| | | Dallas, TX 75201 |
| 18 | | Tel: (214) 747-5070 |
| | | Fax: (214) 747-2091 |
| 19 | | |
| 20 | | Kayleigh McGlynn (*pro hac vice* forthcoming) |
| | | mcglynn@fr.com |
| 21 | | FISH & RICHARDSON PC |
| | | One Marina Park Drive |
| 22 | | Boston, MA 02210 |
| 23 | | Tel: (617) 542-5070 |
| | | Fax: (617) 542-8906 |
| 24 | | |
| | | Krista M. Carter (SBN 225229) |
| 25 | | kricarter@tesla.com |
| | | A. Louis Dorny (SBN 212054) |
| 26 | | ldorny@tesla.com |
| | | Terry W. Ahearn (SBN 216543) |
| 27 | | tahearn@tesla.com |
| 28 | | TESLA, INC. |

2
DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF MOTION TO DISMISS
Case No. 2:24-cv-09033-GW-RAO

3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk