Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

*Additional Counsel listed after Signature Page*

Attorneys for Defendants
Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**OMNIBUS DECLARATION OF CHRISTOPHER S. MARCHESE IN SUPPORT OF DEFENDANTS TESLA, INC., ELON MUSK, AND WARNER BROS. DISCOVERY, INC.'S MOTIONS TO DISMISS**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Rozella A. Oliver |

I, Christopher S. Marchese, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. ("Defendants").  I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Tentative Ruling on Defendants' Motion to Dismiss (Dkt. 34) in *Jangle Vision, LLC v. Alexander Wang Incorporated, et al.*, No. CV 21-9964-GW-Ex (C.D. Cal. May 11, 2022). This opinion is attached as an exhibit because it is cited in Tesla, Inc. and Elon Musk's Motion to Dismiss and it is not readily accessible Lexis or Westlaw.

3. Tesla, Inc. and Elon Musk are concurrently lodging Exhibit 2 with the Court. Exhibit 2 is a true and correct video recording of the Tesla presentation that took place on October 10, 2024, and is referenced in the Complaint (*see, e.g.*, Dkt. 1 ¶¶ 51-54, 57) and Defendants Tesla, Inc. and Elon Musk's Motion to Dismiss. The specific portion of the recording described in the Complaint and the Tesla and Musk motion is at time stamp 5:32–6:07.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of February 2025.

By: */s/ Christopher S. Marchese*
Christopher M. Marchese

1
OMNIBUS DECLARATION OF CHRISTOPHER S. MARCHESE
Case No. 2:24-cv-09033-GW-RAO

| | |
|---|---|
| 1 | *Additional Counsel for Defendants Tesla, Inc., Elon Musk and Warner Bros. Discovery, Inc.:* |
| 2 | |
| 3 | John S. Goetz (*pro hac vice* forthcoming)<br>goetz@fr.com |
| 4 | Kristen McCallion (*pro hac vice* forthcoming)<br>mccallion@fr.com |
| 5 | Vivian Cheng (*pro hac vice* forthcoming)<br>cheng@fr.com |
| 6 | FISH & RICHARDSON P.C. |
| 7 | 7 Times Square, 20th Floor<br>New York, NY 10036 |
| 8 | Tel: (212) 765-5070<br>Fax: (212) 258-2291 |
| 9 | |
| 10 | Matt Colvin (*pro hac vice* forthcoming)<br>colvin@fr.com |
| 11 | FISH & RICHARDSON P.C. |
| 12 | 1717 Main Street, Suite 5000<br>Dallas, TX 75201 |
| 13 | Tel: (214) 747-5070<br>Fax: (214) 747-2091 |
| 14 | |
| 15 | Kayleigh McGlynn (*pro hac vice* forthcoming)<br>mcglynn@fr.com |
| 16 | FISH & RICHARDSON PC<br>One Marina Park Drive |
| 17 | Boston, MA 02210<br>Tel: (617) 542-5070 |
| 18 | Fax: (617) 542-8906 |
| 19 | *Counsel for Defendants Tesla, Inc. and Elon Musk only:* |
| 20 | Krista M. Carter (SBN 225229) |
| 21 | kricarter@tesla.com<br>A. Louis Dorny (SBN 212054) |
| 22 | ldorny@tesla.com |
| 23 | Terry W. Ahearn (SBN 216543)<br>tahearn@tesla.com |
| 24 | TESLA, INC.<br>3000 Hanover St. |
| 25 | Palo Alto, CA 94304<br>Tel: 510-298-8516 |
| 26 | |
| 27 | |
| 28 | |