Krista M. Carter (SBN 225229)
kricarter@tesla.com
A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

*Additional counsel listed on signature page*

Attorneys for Defendants
Tesla, Inc. and Elon Musk

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company, | Case No. 2:24-cv-09033-GW-RAO |
| Plaintiff, | **DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF LODGING** |
| v. | |
| TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation, | District Judge: Hon. George H. Wu Magistrate Judge: Rozella A. Oliver |
| Defendants. | |

PLEASE TAKE NOTICE THAT Defendants Tesla, Inc. and Elon Musk hereby lodge a USB drive containing a video recording of the Tesla presentation that took place on October 10, 2024, that is referenced in the Complaint (*see, e.g.*, Dkt. 1 ¶¶ 51-54, 57), and that is referred to as Exhibit 2 to the Omnibus Declaration of Christopher S. Marchese in Support of Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.'s Motions to Dismiss (ECF No. 24).

Dated:  February 4, 2025          FISH & RICHARDSON P.C.

By:  */s/ Christopher S. Marchese*
     Christopher S. Marchese (SBN 170239)
     marchese@fr.com
     FISH & RICHARDSON P.C.
     4695 MacArthur Court, Suite 1100
     Newport Beach, CA 92660
     Tel: (213) 533-4240
     Fax: (858) 678-5099

     John S. Goetz (*pro hac vice* forthcoming)
     goetz@fr.com
     Kristen McCallion (*pro hac vice* forthcoming)
     mccallion@fr.com
     Vivian Cheng (*pro hac vice* forthcoming)
     cheng@fr.com
     FISH & RICHARDSON P.C.
     7 Times Square, 20th Floor
     New York, NY 10036
     Tel: (212) 765-5070
     Fax: (212) 258-2291

     Matt Colvin (*pro hac vice* forthcoming)
     colvin@fr.com
     FISH & RICHARDSON P.C.
     1717 Main Street, Suite 5000
     Dallas, TX 75201
     Tel: (214) 747-5070
     Fax: (214) 747-2091

     Kayleigh McGlynn (*pro hac vice* forthcoming)
     mcglynn@fr.com

1

DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF LODGING
Case No. 2:24-cv-09033-GW-RAO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Krista M. Carter (SBN 225229)
kricarter@tesla.com
A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk

DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF LODGING
Case No. 2:24-cv-09033-GW-RAO