| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>FISH & RICHARDSON P.C.<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br><br>ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company<br>Plaintiff(s),<br>v.<br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC.,<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-09033-GW-RAO<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Defendant Tesla, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Tesla, Inc. states that it has no parent corporation and no publicly traded company holds 10% or more of its stock.

| | |
|---|---|
| 2/5/2025<br>Date | /s/ Christopher S. Marchese<br>Signature<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Tesla, Inc. |