1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
   4695 MacArthur Court, Suite 1100
3  Newport Beach, CA 92660
   Tel: (213) 533-4240 / Fax: (858) 678-5099
4
   *Additional Counsel listed on Signature Page*
5
   Attorneys for Defendants
6  Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.
7

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation;<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL, PURSUANT TO L.R. 79-5.2.2(a)-(b), CERTAIN PORTIONS OF ONE EXHIBIT FILED WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>District Judge: George H. Wu<br><br>Magistrate Judge: Rozella A. Oliver |

1       Pursuant to Civil Local Rule 79-5.2.2(a), Defendants Tesla, Inc. ("Tesla"), Elon
2 Musk and Warner Bros. Discovery, Inc. ("WBDI") (collectively, "Defendants") file
3 this Unopposed Application for Leave to File Under Seal an unredacted version of
4 Exhibit 1 to the Declaration of Rachel Jennings in Support of Defendants' Motions to
5 Dismiss ("Jennings Declaration").

6       Defendants request to redact the highlighted excerpts of this document, which
7 contain confidential commercial information regarding the financial terms of a
8 negotiated special event contract and the names and personal information (including
9 a job title and email addresses) related to three individuals involved in the contract on
10 behalf of Defendants Tesla and WBDI. Compelling reasons exist to file the portions
11 of Exhibit 1 under seal, as described in the Sealed Marchese Declaration
12 accompanying this Application to Seal. Public disclosure of the confidential,
13 negotiated financial details of this contract would create a substantial risk of serious
14 harm to Tesla and WBDI's competitive position in other contract negotiations. Both
15 Tesla and WBDI have kept the terms of this contract in confidence and do not
16 typically disclose the terms of such contracts, especially negotiated pricing, to
17 maintain their competitive positions in future negotiations. As to the redacted personal
18 information for the individuals involved in the contract, Tesla and WBDI take all
19 reasonable steps to prevent disclosure of employee names and other personal
20 information, such as job titles and email addresses, in public court filings.

21       Defendants have narrowly tailored the information that they request be sealed
22 by the Court.

23       On February 4, 2025, Defendants' counsel informed Plaintiff's counsel of the
24 presence of Defendants' confidential information in portions of Exhibit 1. From
25 February 4 to 6, 2025, counsel for both sides communicated by email and phone as to
26 sealing this information, and Defendants' counsel was informed on February 6, 2025

1  by Plaintiff's counsel that Plaintiff would not oppose sealing of the material that was
2  redacted from Exhibit 1 to the Jennings Declaration.
3      A proposed order granting this Application has also been filed.

FISH & RICHARDSON P.C.

Dated: February 7, 2025

/s/ *Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240
Fax: (858) 678-5099

John S. Goetz (*pro hac vice* forthcoming)
goetz@fr.com
Kristen McCallion (admitted *pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice* forthcoming)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matt Colvin (*pro hac vice* forthcoming)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh McGlynn (*pro hac vice* forthcoming)
mcglynn@fr.com
FISH & RICHARDSON PC
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070

2
DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER
SEAL CERTAIN EXHIBITS TO MOTION TO DISMISS
Case No. 8:24-cv-9033-GW-RAO

Fax: (617) 542-8906

Attorneys for Defendants
Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.

Krista M. Carter (SBN 225229)
kricarter@tesla.com
A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk