# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 24-9033-GW-RAOx<br><br>**ORDER GRANTING DEFENDANTS TESLA, INC., ELON MUSK, AND WARNER BROS. DISCOVERY, INC.'S UNOPPOSED APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ONE EXHIBIT IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO L.R. 79-5.2.2(a)-(b)**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Rozella A. Oliver |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:24-cv-09033-GW-RAO

1  Having considered Defendants Tesla, Inc., Elon Musk and Warner Bros. Discovery, Inc.'s (collectively, "Defendants") Unopposed Application for Leave to File Under Seal, Pursuant to L.R. 79-5.2.2(a)-(b), Certain Portions of One Exhibit Filed with Defendants' Motions to Dismiss, this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that specific redacted portions in the contract contained in Exhibit 1 of the Jennings Declaration, which was filed with Defendants' Motions to Dismiss, can be filed under seal.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
HON. GEORGE H. WU,
United States District Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:24-cv-09033-GW-RAO