UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9033-GW-RAOx | Date | February 14, 2025 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

On February 13, 2025, Plaintiff Alcon Entertainment, LLC filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES Defendants Tesla, Inc. and Elon Musk's Motion to Dismiss [22], and Defendant Warner Bros. Discovery, Inc.'s Motion to Dismiss [23], both filed on February 4, 2025, and set for hearing on March 6, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |