1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
   4695 MacArthur Court, Suite 1100
3  Newport Beach, CA 92660
   Tel: (213) 533-4240 / Fax: (858) 678-5099
4
5  John S. Goetz (*pro hac vice* forthcoming)
   goetz@fr.com
6  Kristen McCallion (*pro hac vice*)
   mccallion@fr.com
7  Vivian Cheng (*pro hac vice*)
   cheng@fr.com
8  FISH & RICHARDSON P.C.
   7 Times Square, 20th Floor
9  New York, NY 10036
   Tel: (212) 765-5070 / Fax: (212) 258-2291
10 *Additional counsel listed on signature page*
11 Attorneys for Defendants
   Tesla, Inc., Elon Musk, and Warner Bros.
12 Discovery, Inc.

13

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>First Amended Complaint filed: Feb. 13, 2025<br>Current response date: Feb. 27, 2025<br>New response date: Mar. 6, 2025 |

Plaintiff Alcon Entertainment, LLC ("Plaintiff") and Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. (collectively, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and enter into this Joint Stipulation to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint:

WHEREAS, Plaintiff filed its First Amended Complaint on February 13, 2025 (Dkt. No. 37);

WHEREAS, Defendants' current deadline to respond to Plaintiff's First Amended Complaint is February 27, 2025;

WHEREAS, Defendants' counsel requested an extension to Defendants' deadline to respond to Plaintiff's First Amended Complaint until March 6, 2025, and Plaintiff agreed;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.    The Parties respectfully request an order from the Court extending Defendants' deadline to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. No. 37) from February 27, 2025 to March 6, 2025.

1   Dated: February 20, 2025          ANDERSON YEH PC

2                                     /s/ Edward M. Anderson
3                                     Edward M. Anderson (SBN 198183)
                                      edward@andersonyehlaw.com
4                                     Regina Yeh (SBN 266019)
                                      regina@andersonyehlaw.com
5                                     **ANDERSON YEH PC**
6                                     1055 E. Colorado Blvd. Ste 500
                                      Pasadena, California 91106
7                                     Tel: (626) 204-4092
                                      Fax: (888) 744-0317
8
9                                     Counsel for Plaintiff
                                      Alcon Entertainment, LLC
10
11  Dated: February 20, 2025          FISH & RICHARDSON P.C.

12                                    /s/ Kristen McCallion
13                                    Kristen McCallion (*pro hac vice*)
                                      mccallion@fr.com
14                                    **FISH & RICHARDSON P.C.**
                                      7 Times Square, 20th Floor
15                                    New York, NY 10036
                                      Tel: (212) 765-5070
16                                    Fax: (212) 258-2291

17                                    Counsel for Defendants
18                                    Tesla, Inc., Elon Musk, and Warner Bros.
                                      Discovery, Inc.
19
20  *Additional Counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros.*
    *Discovery, Inc.:*
21
22  Christopher S. Marchese (SBN 170239)
    marchese@fr.com
23  FISH & RICHARDSON P.C.
    4695 MacArthur Court, Suite 1100
24  Newport Beach, CA 92660
    Tel: (213) 533-4240
25  Fax: (858) 678-5099
26
27  John S. Goetz (*pro hac vice* forthcoming)
    goetz@fr.com
28  Vivian Cheng (*pro hac vice*)

                                      3
                JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
                RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
                                      Case No. 2:24-cv-09033-GW-RAO

cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matt Colvin (*pro hac vice* forthcoming)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (*pro hac vice* forthcoming)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8096

*Counsel for Defendants Tesla, Inc. and Elon Musk only:*

Krista M. Carter (CA 225229)
kricarter@tesla.com
A. Louis Dorny (CA 212054)
ldorny@tesla.com
Terry W. Ahearn (CA 216543)
tahearn@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kristen McCallion, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Kristen McCallion*
Kristen McCallion