# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 24-9033-GW-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |

1   Having considered the Parties' Joint Stipulation to Extend Time for Defendants
2   to Respond to Plaintiff's First Amended Complaint (the "Stipulation"), and good
3   cause appearing, it is hereby ORDERED as follows:

4       1.    The Stipulation is GRANTED.

5       2.    Defendants' deadline to respond to Plaintiff's First Amended Complaint
6   (Dkt. No. 37) is extended from February 27, 2025 to March 6, 2025.

8   IT IS SO ORDERED.

10  Dated: February 24, 2025

                                      HON. GEORGE H. WU,
                                      United States District Judge