| | |
|---|---|
| 1 | A. Louis Dorny (SBN 212054) |
| 2 | ldorny@tesla.com |
| | Terry W. Ahearn (SBN 216543) |
| 3 | tahearn@tesla.com |
| | Krista M. Carter (SBN 225229) |
| 4 | kricarter@tesla.com |
| | TESLA, INC. |
| 5 | 3000 Hanover St. |
| | Palo Alto, CA 94304 |
| 6 | Tel: (510) 298-8516 |
| 7 | |
| | Christopher S. Marchese (SBN 170239) |
| 8 | marchese@fr.com |
| | FISH & RICHARDSON P.C. |
| 9 | 4695 MacArthur Court, Suite 1100 |
| 10 | Newport Beach, CA 92660 |
| | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 11 | |
| 12 | *Additional counsel listed on signature page* |
| 13 | Attorneys for Defendants |
| | Tesla, Inc. and Elon Musk |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 7, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

1     TO PLAINTIFF AND ITS COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE THAT on April 7, 2025 at 8:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Western Division, at 350 West 1st Street, Los Angeles, California 90012, Courtroom 9D, 9th Floor, before the Honorable George H. Wu, Defendants Tesla, Inc. and Elon Musk will move, and hereby do move, to dismiss all claims for relief in the First Amended Complaint with prejudice.

    This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Kristen McCallion in support of the motion and accompanying exhibits, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

    This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 27, 2025. Plaintiff confirmed it will oppose the motion.

Dated: March 6, 2025

FISH & RICHARDSON P.C.

/s/ Kristen McCallion
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240
Fax: (858) 678-5099

John S. Goetz (*pro hac vice* forthcoming)
goetz@fr.com
Kristen McCallion (*pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (*pro hac vice*)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8096

A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Krista M. Carter (SBN 225229)
kricarter@tesla.com
TESLA, INC.
3000 Hanover St.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Palo Alto, CA 94304
Tel: (510) 298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk