Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

John S. Goetz (*pro hac vice* forthcoming)
goetz@fr.com
Kristen McCallion (*pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291

*Additional counsel listed on signature page*

Attorneys for Defendant
Warner Bros. Discovery, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANT WARNER BROS. DISCOVERY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 7, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 7, 2025 at 8:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Western Division, at 350 West 1st Street, Los Angeles, California 90012, Courtroom 9D, 9th Floor, before the Honorable George H. Wu, Defendant Warner Bros. Discovery, Inc. ("WBDI") will move, and hereby does move, to dismiss all claims for relief in the First Amended Complaint with prejudice.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Kristen McCallion in support of the motion and accompanying exhibits, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 27, 2025. Plaintiff confirmed it will oppose the motion.

| | |
|---|---|
| Dated: March 6, 2025 | FISH & RICHARDSON P.C.<br><br>/s/ Kristen McCallion<br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>FISH & RICHARDSON P.C.<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Tel: (213) 533-4240<br>Fax: (858) 678-5099<br><br>John S. Goetz (*pro hac vice* forthcoming)<br>goetz@fr.com<br>Kristen McCallion (*pro hac vice*)<br>mccallion@fr.com<br>Vivian Cheng (*pro hac vice*)<br>cheng@fr.com<br>FISH & RICHARDSON P.C.<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Tel: (212) 765-5070<br>Fax: (212) 258-2291<br><br>Matthew A. Colvin (*pro hac vice*)<br>colvin@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br>Fax: (214) 747-2091<br><br>Kayleigh E. McGlynn (*pro hac vice*)<br>mcglynn@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive, Suite 1700<br>Boston, MA 02210<br>Tel: (617) 542-5070<br>Fax: (617) 542-8096<br><br>Attorneys for Defendant<br>Warner Bros. Discovery, Inc. |