| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 4695 MacArthur Court, Suite 1100 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | John S. Goetz (*pro hac vice* forthcoming) |
|   | goetz@fr.com |
| 6 | Kristen McCallion (*pro hac vice*) |
|   | mccallion@fr.com |
| 7 | Vivian Cheng (*pro hac vice*) |
|   | cheng@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 7 Times Square, 20th Floor |
| 9 | New York, NY 10036 |
| 10 | Tel: (212) 765-5070 |
|   | Fax: (212) 258-2291 |

*Additional counsel listed after signature page*

Attorneys for Defendants
Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**OMNIBUS DECLARATION OF KRISTEN MCCALLION IN SUPPORT OF DEFENDANTS TESLA, INC., ELON MUSK, AND WARNER BROS. DISCOVERY, INC.'S MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |

I, Kristen McCallion, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C. and counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. ("Defendants") in this action. I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Defendants are concurrently lodging Exhibit 3 with the Court. Exhibit 3 is a true and correct copy of the film *Blade Runner 2049*, which is referenced in the First Amended Complaint (Dkt. 37) and Defendants' Motions to Dismiss, in DVD format. True and correct photos of the front and back of the DVD case are attached hereto.

3. Attached hereto as Exhibit 4 is a true and correct copy of an image that Tesla licensed from a stock photo agency.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March 2025.

By: */s/ Kristen McCallion*
Kristen McCallion

*Additional Counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.:*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

John S. Goetz (*pro hac vice* forthcoming)
goetz@fr.com
Kristen McCallion
mccallion@fr.com (*pro hac vice*)
Vivian Cheng (*pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (*pro hac vice*)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

*Counsel for Defendants Tesla, Inc. and Elon Musk only:*

A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Krista M. Carter (SBN 225229)
kricarter@tesla.com
TESLA, INC.

3000 Hanover St.
Palo Alto, CA 94304
Tel: (510) 298-8516