| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
| | FISH & RICHARDSON P.C. |
| 3 | 4695 MacArthur Court, Suite 1100 |
| | Newport Beach, CA 92660 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | |
| | John S. Goetz (*pro hac vice* forthcoming) |
| 6 | goetz@fr.com |
| | Kristen McCallion (*pro hac vice*) |
| 7 | mccallion@fr.com |
| | Vivian Cheng (*pro hac vice*) |
| 8 | cheng@fr.com |
| | FISH & RICHARDSON P.C. |
| 9 | 7 Times Square, 20th Floor |
| | New York, NY 10036 |
| 10 | Tel: (212) 765-5070 / Fax: (212) 258-2291 |
| 11 | |
| | *Additional counsel listed on signature page* |
| 12 | |
| 13 | Attorneys for Defendants |
| | Tesla, Inc., Elon Musk, and Warner Bros. |
| 14 | Discovery, Inc. |

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company, | Case No. 2:24-cv-09033-GW-RAO |
| Plaintiff, | **DEFENDANTS TESLA, INC., ELON MUSK, AND WARNER BROS. DISCOVERY, INC.'S NOTICE OF LODGING** |
| v. | |
| TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation, | District Judge: Hon. George H. Wu |
| | Magistrate Judge: Hon. Rozella A. Oliver |
| Defendants. | |

DEFENDANTS' NOTICE OF LODGING
Case No. 2:24-cv-09033-GW-RAO

1  PLEASE TAKE NOTICE THAT Defendants Tesla, Inc., Elon Musk, and
2  Warner Bros. Discovery, Inc. hereby lodge a DVD of the film *Blade Runner 2049*,
3  which is referenced in the First Amended Complaint (Dkt. 37) and is referred to as
4  Exhibit 3 to the Omnibus Declaration of Kristen McCallion in Support of Defendants
5  Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.'s Motions to Dismiss the
6  First Amended Complaint (Dkt. 50).

8  Dated:  March 6, 2025            FISH & RICHARDSON P.C.

                                    By: */s/ Kristen McCallion*
                                    Christopher S. Marchese (SBN 170239)
                                    marchese@fr.com
                                    FISH & RICHARDSON P.C.
                                    4695 MacArthur Court, Suite 1100
                                    Newport Beach, CA 92660
                                    Tel: (213) 533-4240
                                    Fax: (858) 678-5099

                                    John S. Goetz (*pro hac vice* forthcoming)
                                    goetz@fr.com
                                    Kristen McCallion (*pro hac vice*)
                                    mccallion@fr.com
                                    Vivian Cheng (*pro hac vice*)
                                    cheng@fr.com
                                    FISH & RICHARDSON P.C.
                                    7 Times Square, 20th Floor
                                    New York, NY 10036
                                    Tel: (212) 765-5070
                                    Fax: (212) 258-2291

                                    Matthew A. Colvin (*pro hac vice*)
                                    colvin@fr.com
                                    FISH & RICHARDSON P.C.
                                    1717 Main Street, Suite 5000
                                    Dallas, TX 75201
                                    Tel: (214) 747-5070
                                    Fax: (214) 747-2091

                                    Kayleigh E. McGlynn (*pro hac vice*)
                                    mcglynn@fr.com
                                    FISH & RICHARDSON P.C.

One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendants
Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.

    A. Louis Dorny (SBN 212054)
    ldorny@tesla.com
    Terry W. Ahearn (SBN 216543)
    tahearn@tesla.com
    Krista M. Carter (SBN 225229)
    kricarter@tesla.com
    TESLA, INC.
    3000 Hanover St.
    Palo Alto, CA 94304
    Tel: (510) 298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk