UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9033-GW-RAOx | Date | April 7, 2025 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Sheri Kleeger | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edward M. Anderson | Christopher S. Marchese |
| Regina Yeh | A. Louis Dorny |
| | Terry W. Ahearn |
| | Kristen McCallion |
| | John S. Goetz |

**PROCEEDINGS:** **DEFENDANTS TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [48]; and DEFENDANT WARNER BROS. DISCOVERY, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [49]**

The Court's Tentative Rulings on Defendants' Motions [48, 49], was issued on April 4, 2025 [61]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, Defendant's Motions are GRANTED with leave to amend.

Court and counsel discuss settlement. The parties will have 21 days from the date of this order to mediate. If settlement is not reached, the Second Amended Complaint will be filed 21 days after the mediation deadline.

: 40

Initials of Preparer   JG