| | |
|---|---|
| 1 | Edward M. Anderson (SBN 198183) |
| 2 | edward@andersonyehlaw.com |
|   | Regina Yeh (SBN 266019) |
| 3 | regina@andersonyehlaw.com |
|   | **ANDERSON YEH PC** |
| 4 | 1055 E. Colorado Blvd. Ste 500 |
|   | Pasadena, California 91106 |
| 5 | Tel: (626) 204-4092 Fax: (888) 744-0317 |
| 6 | |
|   | Attorneys for Plaintiff Alcon Entertainment, LLC |
| 7 | |
| 8 | Christopher S. Marchese (SBN 170239) |
|   | marchese@fr.com |
| 9 | FISH & RICHARDSON P.C. |
|   | 4695 MacArthur Court, Suite 1100 |
| 10 | Newport Beach, CA 92660 |
|    | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 11 | |
|    | John S. Goetz (*pro hac vice*) |
| 12 | goetz@fr.com |
|    | Kristen McCallion (*pro hac vice*) |
| 13 | mccallion@fr.com |
|    | Vivian Cheng (*pro hac vice*) |
| 14 | cheng@fr.com |
|    | FISH & RICHARDSON P.C. |
| 15 | 7 Times Square, 20th Floor |
|    | New York, NY 10036 |
| 16 | Tel: (212) 765-5070 / Fax: (212) 258-2291 |
| 17 | *Additional counsel listed on signature page* |
| 18 | Attorneys for Defendants |
|    | Tesla, Inc., Elon Musk, and Warner Bros. |
| 19 | Discovery, Inc. |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v. | Case No. 2:24-cv-09033-GW-RAO<br><br>**JOINT STATUS REPORT ON COURT-ORDERED MEDIATION** |

| | | |
|---|---|---|
| 1 | TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation, | District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JOINT STATUS REPORT ON COURT-ORDERED MEDIATION

Plaintiff Alcon Entertainment, LLC ("Plaintiff") and Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. (collectively, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report on the mediation ordered by the Court as part of the Court's April 7, 2025 Minute Order [ECF #62] granting Defendants' Motions to Dismiss [ECF #'s 48, 49] Plaintiff's First Amended Complaint [ECF #37] with leave to amend ("Minute Order"):

The Parties participated in a mediation session with Mediator Diane L. Faber on April 24, 2025, within the April 28, 2025 mediation deadline set by the Minute Order (21 days from April 7, 2025). As of the mediation deadline and the date of this Joint Status Report, the Parties have not reached a settlement. The Mediator remains available to the Parties for further settlement discussions, which may or may not occur at this time. Absent any intervening settlement, the Parties agree that pursuant to the Minute Order, Plaintiff's deadline to file an amended pleading is May 19, 2025 (21 days from the April 28, 2025 mediation deadline).

| | |
|---|---|
| Dated: May 1, 2025 | ANDERSON YEH PC |
| | |
| | /s/ Edward M. Anderson |
| | Edward M. Anderson (SBN 198183) |
| | edward@andersonyehlaw.com |
| | Regina Yeh (SBN 266019) |
| | regina@andersonyehlaw.com |
| | **ANDERSON YEH PC** |
| | 1055 E. Colorado Blvd. Ste 500 |
| | Pasadena, California 91106 |
| | Tel: (626) 204-4092 |
| | Fax: (888) 744-0317 |
| | |
| | Counsel for Plaintiff |
| | Alcon Entertainment, LLC |
| | |
| Dated: May 1, 2025 | FISH & RICHARDSON P.C. |
| | |
| | /s/ Christopher S. Marchese |
| | Christopher S. Marchese (SBN 170239) |
| | marchese@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 4695 MacArthur Court, Suite 1100 |
| | Newport Beach, CA 92660 |
| | Tel: (213) 533-4240 |
| | Fax: (858) 678-5099 |
| | |
| | Counsel for Defendants |
| | Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. |

*Additional Counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.:*

John S. Goetz (*pro hac vice*)
goetz@fr.com
Kristen McCallion (*pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matt Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (*pro hac vice*)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8096

*Counsel for Defendants Tesla, Inc. and Elon Musk only:*

Krista M. Carter (CA 225229)
kricarter@tesla.com
A. Louis Dorny (CA 212054)
ldorny@tesla.com
Terry W. Ahearn (CA 216543)
tahearn@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Edward M. Anderson, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Edward M. Anderson
Edward M. Anderson (SBN 198183)