# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 24-9033-GW-RAOx<br><br>**ORDER EXTENDING PLAINTIFF'S DEADLINE TO FILE A SECOND AMENDED COMPLAINT BY FOURTEEN DAYS FROM MAY 19, 2025 TO JUNE 2, 2025 TO FACILITATE FURTHER SETTLEMENT DISCUSSIONS**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |

1  Having considered the Parties' Joint Stipulation for and Order Extending
2  Plaintiff's Deadline to File a Second Amended Complaint by Fourteen Days from
3  May 19, 2025 to June 2, 2025 to Facilitate Further Settlement Discussions (the
4  "Stipulation"), and good cause appearing, it is hereby ORDERED as follows:

5      1.    The Stipulation is GRANTED.
6      2.    Plaintiff's deadline to file a Second Amended Complaint is extended
7      from May 19, 2025 to June 2, 2025.

9  IT IS SO ORDERED.

11  Dated: May 13, 2025

    _____
    HON. GEORGE H. WU,
    United States District Judge