A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Krista M. Carter (SBN 225229)
kricarter@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: (510) 298-8516

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

*Additional counsel listed on signature page*

Attorneys for Defendants
Tesla, Inc. and Elon Musk

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANTS TESLA, INC. AND ELON MUSK'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date: September 11, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

1  TO PLAINTIFF AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT on September 11, 2025 at 8:30 a.m., or as
3  soon thereafter as the matter may be heard in the United States District Court, Central
4  District of California, Western Division, at 350 West 1st Street, Los Angeles,
5  California 90012, Courtroom 9D, 9th Floor, before the Honorable George H. Wu,
6  Defendants Tesla, Inc. and Elon Musk will move, and hereby do move, to dismiss all
7  claims for relief in the Second Amended Complaint with prejudice.

8  This motion is made pursuant to Fed. R. Civ. P. 8 and 41(b) and the Local Rules
9  applicable thereto.  This motion is based on this notice of motion and motion, the
10 accompanying memorandum of points and authorities, the pleadings on file in this
11 action, and on such other written or oral argument or evidence as may be presented at
12 or before the time this motion is taken under submission.

13 This motion is made following the conference of counsel pursuant to Local
14 Rule 7-3, which took place on July 23, 2025.  Plaintiff confirmed it will oppose the
15 motion.

| | |
|---|---|
| Dated: July 30, 2025 | FISH & RICHARDSON P.C. |
| | |
| | /s/ Kristen McCallion |
| | Christopher S. Marchese (SBN 170239) |
| | marchese@fr.com |
| | FISH & RICHARDSON P.C. |
| | 4695 MacArthur Court, Suite 1100 |
| | Newport Beach, CA 92660 |
| | Tel: (213) 533-4240 |
| | Fax: (858) 678-5099 |
| | |
| | John S. Goetz (*pro hac vice*) |
| | goetz@fr.com |
| | Kristen McCallion (*pro hac vice*) |
| | mccallion@fr.com |
| | Vivian Cheng (*pro hac vice*) |
| | cheng@fr.com |
| | FISH & RICHARDSON P.C. |
| | 7 Times Square, 20th Floor |
| | New York, NY 10036 |
| | Tel: (212) 765-5070 |
| | Fax: (212) 258-2291 |
| | |
| | Matthew A. Colvin (*pro hac vice*) |
| | colvin@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | Tel: (214) 747-5070 |
| | Fax: (214) 747-2091 |
| | |
| | Kayleigh E. McGlynn (*pro hac vice*) |
| | mcglynn@fr.com |
| | FISH & RICHARDSON P.C. |
| | One Marina Park Drive, Suite 1700 |
| | Boston, MA 02210 |
| | Tel: (617) 542-5070 |
| | Fax: (617) 542-8096 |
| | |
| | A. Louis Dorny (SBN 212054) |
| | ldorny@tesla.com |
| | Terry W. Ahearn (SBN 216543) |
| | tahearn@tesla.com |
| | Krista M. Carter (SBN 225229) |
| | kricarter@tesla.com |
| | TESLA, INC. |
| | 3000 Hanover St. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Palo Alto, CA 94304
Tel: (510) 298-8516

Attorneys for Defendants
Tesla, Inc. and Elon Musk