| | |
|---|---|
| 1 | Edward M. Anderson (SBN 198183) |
| 2 | edward@andersonyehlaw.com |
|   | Regina Yeh (SBN 266019) |
| 3 | regina@andersonyehlaw.com |
|   | **ANDERSON YEH PC** |
| 4 | 1055 E. Colorado Blvd. Ste 500 |
|   | Pasadena, California 91106 |
| 5 | Tel: (626) 204-4092 / Fax: (888) 744-0317 |
| 6 | |
|   | Attorneys for Plaintiff Alcon Entertainment, LLC |
| 7 | |
|   | Christopher S. Marchese (SBN 170239) |
| 8 | marchese@fr.com |
|   | **FISH & RICHARDSON P.C.** |
| 9 | 4695 MacArthur Court, Suite 1100 |
|   | Newport Beach, CA 92660 |
| 10 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 11 | *Additional counsel listed on signature page* |
| 12 | Attorneys for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc. |

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 2:24-cv-09033-GW-RAO <br><br> **JOINT STIPULATION FOR ORDER SETTING A BRIEFING SCHEDULE FOR TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS AND STAYING THE DEADLINE FOR WARNER BROS. DISCOVERY, INC.'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT** <br><br> District Judge: Hon. George H. Wu <br> Magistrate Judge: Hon. Rozella A. Oliver <br><br> Third Amended Complaint filed: Oct. 2, 2025 <br> Current response date: Dec. 8, 2025 |

JOINT STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE FOR
TESLA AND MUSK'S MOTION TO DISMISS AND STAYING DEADLINE
FOR WBDI'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
Case No. 2:24-cv-09033-GW-RAO

**JOINT STIPULATION**

Plaintiff Alcon Entertainment, LLC ("Plaintiff") and Defendants Tesla, Inc. ("Tesla"), Elon Musk, and Warner Bros. Discovery, Inc. ("WBDI"), by and through their respective counsel, hereby stipulate and enter into this Joint Stipulation for an Order Staying the Deadline for WBDI to Respond to Plaintiff's Third Amended Complaint.

WHEREAS, Plaintiff filed its Third Amended Complaint on October 2, 2025 (Dkt. No. 81);

WHEREAS, the Third Amended Complaint contains two claims for relief: a First Claim for Relief for direct copyright infringement against Tesla and Musk and a Second Claim for Relief for contributory copyright infringement against WBDI;

WHEREAS, Defendants' original deadline to respond to Plaintiff's Third Amended Complaint was October 23, 2025;

WHEREAS, Plaintiff and Defendants WBDI, Tesla, and Musk (collectively, the "Parties") previously stipulated and entered into two Joint Stipulations for Orders Extending Time for Defendants to Respond to Plaintiff's Third Amended Complaint to allow the Parties to explore potential avenues for settlement (Dkt. Nos. 82, 84), and the Court granted the Parties' previous Joint Stipulations, extending Defendants' deadline to respond to Plaintiff's Third Amended Complaint from October 23, 2025 to December 8, 2025 (Dkt. Nos. 83, 85);

WHEREAS, the Parties have met and conferred, and Defendants Tesla and Musk intend to file a motion to dismiss Plaintiff's First Claim for Relief under Rule 12(b)(6);

WHEREAS, Plaintiff, Tesla, and Musk have agreed to notice February 5, 2026, as the hearing date for Tesla and Musk's forthcoming motion to dismiss and confirmed the same with Judge Wu's Courtroom Deputy;

1   WHEREAS, in light of the February 5, 2026, hearing date and the intervening
2   holidays, Plaintiff, Tesla, and Musk have agreed to extend the briefing deadlines
3   related to Tesla and Musk's motion to dismiss, such that Tesla and Musk will file
4   their motion by December 15, 2025, Plaintiff will file its opposition brief by January
5   7, 2026, and Tesla and Musk will file their reply brief by January 15, 2026;

6   WHEREAS, Plaintiff and WBDI agree that an order staying WBDI's deadline
7   to answer the Third Amended Complaint until this Court has heard and decided
8   Tesla and Musk's forthcoming motion to dismiss would promote efficiency and
9   conserve judicial resources, since (a) the Court's ruling on that motion could moot
10  Plaintiff's Second Claim for Relief against WBDI, and (b) even if the Court's ruling
11  on Musk and Tesla's intended motion does not moot Plaintiff's Second Claim for
12  Relief against WBDI, it would be more efficient for discovery and other purposes
13  for the Parties to answer the Third Amended Complaint at the same time if and
14  when it is set as the final operative complaint;

15  WHEREAS, Plaintiff communicated to Defendants that Plaintiff's
16  willingness to enter into a stay of WBDI's responsive pleading deadline was and is
17  dependent on WBDI agreeing to answer the Third Amended Complaint (rather than
18  filing a separate motion to dismiss) if Musk and Tesla's intended motion to dismiss
19  does not moot Plaintiff's Second Claim for Relief;

20  WHEREAS, Plaintiff and WBDI agree that in the event the Court's decision
21  on Tesla and Musk's forthcoming motion to dismiss does not moot Plaintiff's
22  Second Claim for Relief against WBDI, WBDI will respond to the Third Amended
23  Complaint, provided it is the final operative complaint, in the form of a responsive
24  pleading (*i.e.*, an answer to the Third Amended Complaint, rather than a separate
25  motion to dismiss);

26
27
28

1  NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

    1.    Plaintiff, Tesla, and Musk stipulate and respectfully request that the Court enter an order setting the following briefing schedule for Tesla and Musk's motion to dismiss the First Claim for Relief in the Third Amended Complaint: Tesla and Musk shall file their motion by December 15, 2025; Plaintiff shall file its opposition brief by January 7, 2026; and Tesla and Musk shall file their reply by January 15, 2026.

    2.    Plaintiff and WBDI stipulate and respectfully request that the Court enter an order staying WBDI's deadline to file a responsive pleading to the Third Amended Complaint until this Court has heard and decided Tesla and Musk's forthcoming motion to dismiss the First Claim for Relief in the Third Amended Complaint, subject to that condition that in the event the Court's decision on Tesla and Musk's forthcoming motion to dismiss does not moot Plaintiff's Second Claim for Relief against WBDI, WBDI will respond to the Third Amended Complaint in the form of a responsive pleading (*i.e.*, an answer, rather than a separate motion to dismiss).

    3.    All Parties otherwise respectively reserve all rights and positions.

Dated: December 4, 2025        FISH & RICHARDSON P.C.

*/s/ Vivian Cheng*
―――――――――――――――――――
Vivian Cheng *(pro hac vice)*
cheng@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Counsel for Defendant
Warner Bros. Discovery, Inc.

3
JOINT STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE FOR TESLA AND MUSK'S MOTION TO DISMISS AND STAYING DEADLINE FOR WBDI'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
Case No. 2:24-cv-09033-GW-RAO

| | | |
|---|---|---|
| 1 | Dated: December 4, 2025 | ANDERSON YEH PC |
| 2 | | |
| 3 | | */s/ Edward M. Anderson* |
| | | Edward M. Anderson (SBN 198183) |
| 4 | | edward@andersonyehlaw.com |
| | | Regina Yeh (SBN 266019) |
| 5 | | regina@andersonyehlaw.com |
| | | **ANDERSON YEH PC** |
| 6 | | 1055 E. Colorado Blvd. Ste 500 |
| | | Pasadena, California 91106 |
| 7 | | Tel: (626) 204-4092 |
| | | Fax: (888) 744-0317 |
| 8 | | |
| 9 | | Counsel for Plaintiff |
| | | Alcon Entertainment, LLC |
| 10 | | |

*Additional Counsel for Defendants Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.:*

John S. Goetz *(pro hac vice)*
goetz@fr.com
Kristen McCallion *(pro hac vice)*
mccallion@fr.com
Vivian Cheng *(pro hac vice)*
cheng@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matt Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (pro hac vice)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700

4
JOINT STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE FOR TESLA AND MUSK'S MOTION TO DISMISS AND STAYING DEADLINE FOR WBDI'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
Case No. 2:24-cv-09033-GW-RAO

1  Boston, MA 02210
   Tel: (617) 542-5070
2  Fax: (617) 542-8096

3  *Counsel for Defendants Tesla, Inc. and Elon Musk only:*
4
5  A. Louis Dorny (CA 212054)
   ldorny@tesla.com
6  Terry W. Ahearn (CA 216543)
   tahearn@tesla.com
7  Krista M. Carter (CA 225229)
   kricarter@tesla.com
8  TESLA, INC.
   3000 Hanover St.
9  Palo Alto, CA 94304
   Tel: 510-298-8516
10

5
JOINT STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE FOR
TESLA AND MUSK'S MOTION TO DISMISS AND STAYING DEADLINE
FOR WBDI'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT
Case No. 2:24-cv-09033-GW-RAO

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Vivian Cheng, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Vivian Cheng
Vivian Cheng