IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 24-9033-GW-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE FOR TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS AND STAYING THE DEADLINE FOR WARNER BROS. DISCOVERY, INC.'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |

Having considered Plaintiff Alcon Entertainment, LLC ("Plaintiff") and Defendants Tesla, Inc. ("Tesla"), Elon Musk, and Warner Bros. Discovery, Inc.'s ("WBDI's") Joint Stipulation for an Order Setting a Briefing Schedule for Tesla and Musk's Motion to Dismiss and Staying the Deadline for WBDI's Response to Plaintiff's Third Amended Complaint (the "Stipulation"), and good cause appearing, it is hereby ORDERED as follows:

1.  The Stipulation is GRANTED.

2.  Tesla and Musk shall file their motion to dismiss the First Claim for Relief in the Third Amended Complaint by December 15, 2025; Plaintiff shall file its opposition brief by January 7, 2026; and Tesla and Musk shall file their reply by January 15, 2026.

3.  Hearing on the motion will be on January 29, 2026 at 8:30 a.m.

4.  WBDI's deadline to file a responsive pleading to Plaintiff's Third Amended Complaint (Dkt. No. 81) is hereby stayed until this Court has heard and decided Defendants Tesla, Inc. and Elon Musk's forthcoming motion to dismiss the First Claim for Relief in the Third Amended Complaint, subject to that condition that in the event the Court's decision on Tesla and Musk's forthcoming motion to dismiss does not moot Plaintiff's Second Claim for Relief against WBDI, WBDI will respond to the Third Amended Complaint in the form of a responsive pleading (*i.e.*, an answer, rather than a separate motion to dismiss).

IT IS SO ORDERED.

Dated: December 4, 2025

_____
HON. GEORGE H. WU,
United States District Judge