1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Rozella A. Oliver |

20
21
22
23
24
25
26
27
28

1  Having considered Defendants Tesla, Inc. and Elon Musk's Motion to Dismiss
2  and for good cause shown, the Court grants the motion and dismisses the Third
3  Amended Complaint, including all claims for relief against Tesla, Inc., Elon Musk,
4  and Warner Bros. Discovery, Inc., with prejudice.
5  IT IS SO ORDERED.
6
7  Dated: _____, 2026
8
9
10                                                   _____
11                                                   Hon. George H. Wu
                                                     United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28