A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Krista M. Carter (SBN 225229)
kricarter@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: (510) 298-8516

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

*Additional counsel listed on signature page*

Attorneys for Defendants
Tesla, Inc. and Elon Musk

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 2:24-cv-09033-GW-RAO <br><br> **DECLARATION OF KRISTEN MCCALLION IN SUPPORT OF DEFENDANTS TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT** <br><br> *[Filed concurrently with Notice of Motion and Motion to Dismiss Third Amended Complaint and [Proposed] Order]* <br><br> Hearing Date: January 29, 2026 <br> Hearing Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Hon. George H. Wu |

I, Kristen McCallion, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C. and counsel for Defendants Tesla, Inc. and Elon Musk (collectively, "Defendants") in this action. I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of "The Matrix (1999)," imdb.com, available at https://www.imdb.com/title/tt0133093/mediaviewer/rm525547776/?ref_=ext_shr_lnk, last visited 12/15/2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of "Fallout: New Vegas, Bethesda Softworks (2010)," cbr.com, available at https://www.cbr.com/fallout-new-vegas-letting-go/, last visited 12/15/2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of "The Dark Tower - The Gunslinger," stephenking.com, available at https://stephenking.com/darktower/book/the_dark_tower_i_the_gunslinger_(revised).html, last visited 12/15/2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of "I, Robot (2004)," imdb.com, available at https://www.imdb.com/title/tt0343818/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of "I, Robot misses Asimov's complexity movie review," rogerebert.com, available at https://www.rogerebert.com/reviews/i-robot-2004, last visited 12/15/2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of "The Book of Eli (2010)," imdb.com, available at https://www.imdb.com/title/tt1037705/mediaviewer/rm316793601/?ref_=ext_shr_lnk, last visited 12/15/2025.

1  8. Attached hereto as **Exhibit 7** is a true and correct copy of "The Book of
2  Eli (2010)," imdb.com,
3  https://www.imdb.com/title/tt1037705/plotsummary/?ref_=tt_stry_pl#synopsis, last
4  visited 12/15/2025.
5  9. Attached hereto as **Exhibit 8** is a true and correct copy of "The Book of
6  Eli (2010)," imdb.com, available at
7  https://www.imdb.com/title/tt1037705/mediaviewer/rm3998584320/?ref_=ext_shr_l
8  nk, last visited 12/15/2025.
9  10. Attached hereto as **Exhibit 9** is a true and correct copy of "Denzel
10 Washington in a World Where It Pays to be a Loner," nytimes.com, available at
11 https://www.nytimes.com/2010/01/15/movies/15eli.html, last visited 12/15/2025.
12 11. Attached hereto as **Exhibit 10** is a true and correct copy of "Dresden
13 Files – Jim Butcher," jim-butcher.com, available at https://www.jim-
14 butcher.com/books/dresden, last visited 12/15/2025.
15 12. Attached hereto as **Exhibit 11** is a true and correct copy of "Jim
16 Butcher talks about his character Harry Dresden – Dresden Files," strandmag.com,
17 available at https://strandmag.com/theres-something-about-harry-dresden/, last
18 visited 12/15/2025.
19 13. Attached hereto as **Exhibit 12** is a true and correct copy of "Minority
20 Report (2002)," imdb.com, available at
21 https://www.imdb.com/title/tt0181689/plotsummary/?ref_=tt_stry_pl#synopsis, last
22 visited 12/15/2025.
23 14. Attached hereto as **Exhibit 13** is a true and correct copy of "Tom
24 Cruise Minority Report," latimes.com, available at
25 https://www.latimes.com/entertainment-arts/movies/newsletter/2025-05-
26 16/minority-report-tom-cruise-you-must-remember-this-karina-longworth-such-
27 good-friends-rich-and-famous-red-line-7000-liberation-of-lb-jones-going-down-
28 chung-mong-hung-nymphomaniac-lars-von-trier,last visited 12/15/2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy of "Minority Report – Rotten Tomatoes," rottentomatoes.com, available at https://www.rottentomatoes.com/tv/minority_report, last visited 12/15/2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of "Review in Minority Report – a Case of Precognitive Dissonance," nytimes.com, available at https://www.nytimes.com/2015/09/19/arts/television/review-in-minority-report-a-case-of-precognitive-dissonance.html, last visited 12/15/2025.

17. Attached hereto as **Exhibit 16** is a true and correct copy of "Dystopia – TV Tropes," tvtropes.com, available at https://tvtropes.org/pmwiki/pmwiki.php/Main/Dystopia, last visited 12/15/2025.

18. Attached hereto as **Exhibit 17** is a true and correct copy of "High Plains Drifter (1973)," imdb.com, available at https://www.imdb.com/title/tt0068699/mediaviewer/rm1878002689/?ref_=ext_shr_lnk, last visited 12/15/2025.

19. Attached hereto as **Exhibit 18** is a true and correct copy of "Pale Rider (1985)," imdb.com, available at https://www.imdb.com/title/tt0089767/mediaviewer/rm3589190401/?ref_=ext_shr_lnk, last visited 12/15/2025.

20. Attached hereto as **Exhibit 19** is a true and correct copy of "Once Upon a Time in the West (1986)," imdb.com, available at https://www.imdb.com/title/tt0064116/mediaviewer/rm859539970/?ref_=ext_shr_lnk, last visited 12/15/2025.

21. Attached hereto as **Exhibit 20** is a true and correct copy of "The Terminator (1984)," imdb.com, available at https://www.imdb.com/title/tt0088247/plotsummary/?ref_=tt_stry_pl#synopsis, last visited on 12/15/2025.

22. Attached hereto as **Exhibit 21** is a true and correct copy of "30 Minutes on The Terminator," rogerebert.com, available at

https://www.rogerebert.com/mzs/30-minutes-on-the-terminator, last visited on 12/15/2025.

23. Attached hereto as **Exhibit 22** is a true and correct copy of "Westworld at 50 – Michael Crichton Bleak Vision of AI remains chilling," theguardian.com, https://www.theguardian.com/film/2023/aug/17/westworld-ai-michael-crichton, last visited on 12/15/2025.

24. Attached hereto as **Exhibit 23** is a true and correct copy of "Westworld (1973)," imdb.com, available at https://www.imdb.com/title/tt0070909/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025.

25. Attached hereto as **Exhibit 24** is a true and correct copy of "Dredd (2012)," imdb.com, available at https://www.imdb.com/title/tt1343727/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025.

26. Attached hereto as **Exhibit 25** is a true and correct copy of "X-Men: Days of Future Past (2014)," imdb.com, available at https://www.imdb.com/title/tt1877832/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025.

27. Attached hereto as **Exhibit 26** is a true and correct copy of "Dystopian," *Merriam-Webster Dictionary*, available at https://www.merriam-webster.com/dictionary/dystopian, last visited 12/15/2025.

28. Attached hereto as **Exhibit 27** is a true and correct copy of "Badass Longcoat – TV Tropes," tvtropes.com, available at https://tvtropes.org/pmwiki/pmwiki.php/Main/BadassLongcoat, last visited 12/15/2025.

29. Attached hereto as **Exhibit 28** is a true and correct copy of "Resident Evil: Extinction (2007)," imdb.com, available at

1  https://www.imdb.com/title/tt0432021/mediaviewer/rm955159552/?ref_=ext_shr_lnk, last visited 12/15/2025.

    30.    Attached hereto as **Exhibit 29** is a true and correct copy of "Mad Max: Fury Road (2015)," imdb.com, available at https://www.imdb.com/title/tt1392190/mediaviewer/rm801511937/?ref_=ext_shr_lnk, last visited 12/15/2025.

    31.    Attached hereto as **Exhibit 30** is a true and correct copy of "I am Legend (2007)," imdb.com, available at https://www.imdb.com/title/tt0480249/mediaviewer/rm3931047424/?ref_=ext_shr_lnk, last visited 12/15/2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December 2025.

By: */s/ Kristen McCallion*
     Kristen McCallion

*Additional Counsel for Defendants Tesla, Inc. and Elon Musk:*

John S. Goetz (*pro hac vice*)
goetz@fr.com
Kristen McCallion (*pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

Kayleigh E. McGlynn (*pro hac vice*)
mcglynn@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Krista M. Carter (SBN 225229)
kricarter@tesla.com
TESLA, INC.
3000 Hanover St.
Palo Alto, CA 94304
Tel: 510-298-8516