ANDERSON YEH PC
 Edward M. Anderson (STATE BAR NO. 198183)
edward@andersonyehlaw.com
 Regina Yeh (STATE BAR NO. 266019)
regina@andersonyehlaw.com
1055 E. Colorado Blvd. Ste 500
Pasadena, California  91106
Telephone: (626) 204-4092  Facsimile: (888) 744-0317

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation;<br><br>          Defendants. | CASE NO.  2:24-CV-09033-GW-RAO<br><br>**PLAINTIFF ALCON ENTERTAINMENT, LLC'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN DEFENDANTS TESLA, INC.'S AND ELON MUSK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Hearing Date:   January 29, 2026<br>Time:                8:30 a.m.<br>Courtroom:        9D<br>Judicial Officer:  Hon. George H. Wu |

## <u>OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MOTION TO DISMISS THIRD AMENDED COMPLAINT</u>

Plaintiff Alcon Entertainment, LLC ("Plaintiff" or "Alcon") makes the following objections and responses to the proffers of extrinsic material made by defendants Elon Musk ("Musk") and Tesla, Inc. ("Tesla") in connection with their motion to dismiss Alcon's Third Amended Complaint ("TAC," [Dkt. 81]) pursuant to Fed. R. Civ. Pro. 12(b)(6) ("Rule 12(b)(6)") ("Motion," [Dkt. 88]).

## I.     <u>RULE 12(b)(6) EXTRINSIC MATERIAL EXCEPTIONS</u>

On a Rule 12(b)(6) motion, a court may consider material external to the challenged pleading and proffered by the movant without treating the motion as made pursuant to Fed. R. Civ. P. 56 (summary judgment), pursuant to three exceptions: 1) exhibits to the complaint ("First Exception"); 2) documents referenced by the complaint, upon which it "necessarily relies," and the authenticity of which are undisputed ("Second Exception"); and 3) matters properly subject to judicial notice ("Third Exception").  *U.S. v. Corinthian Colleges*, 655 F.3d 984, 998-99 (9th Cir. 2011); *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (2001).  For the Third Exception, Fed. R. Civ. P. 201 allows a court to invoke judicial notice for "two kinds of facts: (1) those that are generally known within the court's territorial jurisdiction; and (2) those that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, for example, almanac, dictionary, calendar or similar sources." *Walker v. Woodford*, 454 F.Supp.2d 1007, 1022 (S.D. Cal. 2006).  In other words, "the fact must be one that only an unreasonable person would insist on disputing." *Id.* (quoting *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994)).

///

## II.    THE MOTION'S PROFFERS AND PLAINTIFF'S POSITIONS

| PROFFER NO. | DESCRIPTION | PLAINTIFF POSITION |
|---|---|---|
| 1 | Exhibit 1 to Declaration of Kristen McCallion [Dkt 89-2], described as "a true and correct copy of "The Matrix (1999)," imdb.com, available at https://www.imdb.com/title/tt0133093/mediaviewer/rm525547776/?ref =ext_shr_lnk, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception.  The Court may not consider this proffer.  *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| 2 | Exhibit 2 to Declaration of Kristen McCallion [Dkt 89-3], described as "a true and correct copy of "Fallout: New Vegas, Bethesda Softworks (2010)," cbr.com, available at https://www.cbr.com/fallout-new-vegas-letting-go/, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer.  *See Zella v. E.W.* |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | *Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 3 | Exhibit 3 to Declaration of Kristen McCallion [Dkt 89-4], described as "a true and correct copy of "The Dark Tower - The Gunslinger," stephenking.com, available at https://stephenking.com/ darktower/book/ the_dark_tower_i_the_gunslinger_ (revised).html, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| 4 | Exhibit 4 to Declaration of Kristen McCallion [Dkt 89-5], described as "a true and correct copy of "I, Robot (2004)," imdb.com, available at https://www.imdb.com/title/tt0343818/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| 5 | Exhibit 5 to Declaration of Kristen McCallion [Dkt 89-6], described as "a true and correct copy of "I, Robot misses Asimov's complexity movie review," rogerebert.com, available at https://www.rogerebert.com/reviews/i-robot-2004, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 6 | Exhibit 6 to Declaration of Kristen McCallion [Dkt 89-7], described as "The Book of Eli (2010)," imdb.com, available at https://www.imdb.com/title/tt1037705/mediaviewer/rm316793601/?ref_=ext_shr_lnk, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 7 | Exhibit 7 to Declaration of Kristen McCallion [Dkt 89-8], described as "The Book of Eli (2010)," imdb.com, https://www.imdb.com/title/tt1037705/plotsummary/?ref_=tt_stry_pl#synopsis, last | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | visited 12/15/2025." | any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 8 | Exhibit 8 to Declaration of Kristen McCallion [Dkt 89-9], described as "The Book of Eli (2010)," imdb.com, available at https://www.imdb.com/title/tt1037705/mediaviewer/rm3998584320/?ref_=ext_shr_lnk, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v.* |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | *Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
|---|---|---|---|
| | 9 | Exhibit 9 to Declaration of Kristen McCallion [Dkt 89-10], described as "a true and correct copy of "Denzel Washington in a World Where It Pays to be a Loner," nytimes.com, available at https://www.nytimes.com/ 2010/01/15/movies/15eli.html, last visited 12/15/2025." | This screen image of an online article is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 10 | Exhibit 10 to Declaration of Kristen McCallion [Dkt 89-11], described as "a true and correct copy of "Dresden Files – Jim Butcher," jim-butcher.com, available at https://www.jimbutcher. com/books/dresden, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.*, 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
|---|---|---|---|
| | 11 | Exhibit 11 to Declaration of Kristen McCallion [Dkt 89-12], described as "a true and correct copy of "Minority Report (2002)," imdb.com, available at https://www.imdb.com/title/tt0181689/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.*, 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.*, 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 12 | Exhibit 12 to Declaration of Kristen McCallion [Dkt 89-13], described as "a true and correct copy of "Tom | This screen image of an online article is material |

- 8 -

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | Cruise Minority Report," latimes.com, available at https://www.latimes.com/entertainment-arts/movies/newsletter/2025-05-16/minority-report-tom-cruise-you-must-remember-this-karina-longworth-suchgood-friends-rich-and-famous-red-line-7000-liberation-of-lb-jones-going-downchung-mong-hung-nymphomaniac-lars-von-trier, last visited 12/15/2025." | extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 13 | Exhibit 13 to Declaration of Kristen McCallion [Dkt 89-14], described as "a true and correct copy of "The Dark Tower - The Gunslinger," stephenking.com, available at https://stephenking.com/darktower/book/the_dark_tower_i_the_gunslinger_(revised ).html, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v.* |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | *Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 14 | Exhibit 14 to Declaration of Kristen McCallion [Dkt 89-15], described as "a true and correct copy of "Minority Report – Rotten Tomatoes," rottentomatoes.com, available at https://www.rottentomatoes.com/ tv/minority_report, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 15 | Exhibit 15 to Declaration of Kristen McCallion [Dkt 89-16], described as "a true and correct copy of "Review in Minority Report – a Case of Precognitive Dissonance," nytimes.com, available at https://www.nytimes.com/ 2015/09/19/arts/television/review-in- minority-report-acase- of-precognitive-dissonance.html, last visited 12/15/2025." | This screens image of an online article is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 16 | Exhibit 16 to Declaration of Kristen McCallion [Dkt 89-17], described as "a true and correct copy of "Dystopia –TV Tropes," tvtropes.com, available at https://tvtropes.org/ pmwiki/pmwiki.php/Main/Dystopia, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 17 | Exhibit 17 to Declaration of Kristen McCallion [Dkt 89-18], described as "a true and correct copy of "High Plains Drifter (1973)," imdb.com, available at | This screen image of an imdb.com webpage is material extrinsic to the |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | https://www.imdb.com/ title/tt0068699/mediaviewer/ rm1878002689/?ref_=ext_shr_l nk, last visited 12/15/2025." | TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| 18 | | Exhibit 18 to Declaration of Kristen McCallion [Dkt 89-19], described as "Pale Rider (1985)," imdb.com, available at https://www.imdb.com/title/ tt0089767/mediaviewer/ rm3589190401/?ref_=ext_shr_l nk, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 19 | Exhibit 19 to Declaration of Kristen McCallion [Dkt 89-20], described as "a true and correct copy of "Once Upon a Time in the West (1986)," imdb.com, available at https://www.imdb.com/title/ tt0064116/mediaviewer/ rm859539970/?ref_=ext_shr_ln k, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer.  *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 20 | Exhibit 20 to Declaration of Kristen McCallion [Dkt 89-21], described as "The Terminator (1984)," imdb.com, available at https://www.imdb.com/title/ tt0088247/plotsummary/ ?ref_=tt_stry_pl#synopsis, last visited on 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this |

- 13 -

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 21 | Exhibit 21 to Declaration of Kristen McCallion [Dkt 89-22], described as "30 Minutes on The Terminator," rogerebert.com, available at https://www.rogerebert.com/mzs/30-minutes-on-the-terminator, last visited on 12/15/2025." | This screen image of an online article is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |

- 14 -
PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | 22 | Exhibit 22 to Declaration of Kristen McCallion [Dkt 89-23], described as "a true and correct copy of "Westworld at 50 – Michael Crichton Bleak Vision of AI remains chilling," theguardian.com, https://www.theguardian.com/film/2023/aug/17/westworld-ai-michael-crichton, last visited on 12/15/2025." | This screen image of an online article is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
|---|---|---|---|
| | 23 | Exhibit 23 to Declaration of Kristen McCallion [Dkt 89-24], described as "Westworld (1973)," imdb.com, available at https://www.imdb.com/title/tt0070909/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| 24 | | Exhibit 24 to Declaration of Kristen McCallion [Dkt 89-25], described as "a true and correct copy of "Dredd (2012)," imdb.com, available at https://www.imdb.com/title/tt1343727/plotsummary/?ref_=tt_stry_pl#synopsis, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| 25 | | Exhibit 25 to Declaration of Kristen McCallion [Dkt 89-26], described as "a true and correct copy of "X-Men: Days of Future Past (2014)," imdb.com, available at | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | "https://www.imdb.com/title /tt1877832/plotsummary/ ?ref_=tt_stry_pl#synopsis, last visited 12/15/2025." | any Exception. The Court may not consider this proffer.  *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 26 | Exhibit 26 to Declaration of Kristen McCallion [Dkt 89-27], described as "a true and correct copy of "Dystopian," Merriam-Webster Dictionary, available at https://www.merriamwebster. com/dictionary/dystopian, last visited 12/15/2025." | For purposes of the Motion, the document satisfies the Third Exception.  The Court may consider it. |
| | 27 | Exhibit 27 to Declaration of Kristen McCallion [Dkt 89-28], described as "a true and correct copy of "Badass Longcoat – TV Tropes," tvtropes.com, available at https://tvtropes.org/ pmwiki/pmwiki.php/Main/ BadassLongcoat, last visited 12/15/2025." | This screen image of a webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 28 | Exhibit 28 to Declaration of Kristen McCallion [Dkt 89-29], described as "a true and correct copy of "Resident Evil: Extinction (2007)," imdb.com, available at https://www.imdb.com/title/tt0432021/mediaviewer/rm955159552/?ref_=ext_shr_lnk, last visited 12/15/2025." | This screen image of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 29 | Exhibit 29 to Declaration of Kristen McCallion [Dkt 89-30], described as "Mad Max: Fury Road (2015)," imdb.com, available at | This screen image of an imdb.com webpage is material extrinsic to the |

- 18 -

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | https://www.imdb.com/title/ tt1392190/mediaviewer/ rm801511937/?ref_=ext_shr_ln k, last visited 12/15/2025." | TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
|---|---|---|---|
| | 30 | Exhibit 30 to Declaration of Kristen McCallion [Dkt 89-31], described as "I am Legend (2007)," imdb.com, available at https://www.imdb.com/title/ tt0480249/mediaviewer/ rm3931047424/?ref_=ext_shr_l nk, last visited 12/15/2025." | This screenshot of an imdb.com webpage is material extrinsic to the TAC, and not subject to any Exception. The Court may not consider this proffer. *See Zella v. E.W. Scripps Co.,* 529 F.Supp.2d 1124, 1129 (2007) (taking judicial notice of elements common to a genre but not the works which contained |

- 19 -

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | those elements); *Silas v. Home Box Office, Inc.,* 201 F.Supp.3d 1158 (2016) (same, and citing *Zella*). |
| | 31 | "A duster-clad man with close-cropped hair, who plays the role of a cop/detective/investigator/hunter or the like, is a common character in dystopian science-fiction stories and other types of works." (Request for Judicial Notice [Dkt 89-1] at 4:1-3.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. *See Dillon v. NBCUniversal Media LLC,* No. CV 12-09728 SJO AJWX, 2013 WL 3581938, at *5 (C.D. Cal. June 18, 2013) (citing Fed. R. Evid. 201(b)(1) and denying request for judicial notice of elements common to reality television shows because they are not generally known); *Capcom Co. v. MKR Grp., Inc.*, No. C 08-0904 RS, 2008 WL 4661479, at *4 (N.D. Cal. Oct. 20, 2008) (denying request for judicial notice of elements common to |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| | | | zombie-related movies and videogames because they are not generally known). *See also Blye v. California Supreme Ct.*, No. CV 11-5046-DWM, 2014 WL 295022, at *1 (N.D. Cal. Jan. 21, 2014) ("A request for judicial notice is not a proper vehicle for legal argument."). |
| | 32 | "An "Urgent Human-AI Relationship" theme is common to dystopian science-fiction stories." (Request for Judicial Notice [Dkt 89-1] at 7:1-2.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. *See Dillon v. NBCUniversal Media LLC,* No. CV 12-09728 SJO AJWX, 2013 WL 3581938, at *5 (C.D. Cal. June 18, 2013) (citing Fed. R. Evid. 201(b)(1) and denying request for judicial notice of elements |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | common to reality television shows because they are not generally known); *Capcom Co. v. MKR Grp., Inc.*, No. C 08-0904 RS, 2008 WL 4661479, at *4 (N.D. Cal. Oct. 20, 2008) (denying request for judicial notice of elements common to zombie-related movies and videogames because they are not generally known). *See also Blye v. California Supreme Ct.*, No. CV 11-5046-DWM, 2014 WL 295022, at *1 (N.D. Cal. Jan. 21, 2014) ("A request for judicial notice is not a proper vehicle for legal argument."). |
| 33 | "A mood of anxiety, fear, and urgency about the "Human-AI Relationship" is common to dystopian science-fiction stories." (Request for Judicial Notice [Dkt 89-1] at 8:10-13.) | This is a factual assertion outside the FAC, and not subject to any of the |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

1   Exceptions. The Court

2   should not consider it. *See*

3   *Dillon v. NBCUniversal*

4   *Media LLC,* No. CV 12-

5   09728 SJO AJWX, 2013

6   WL 3581938, at *5 (C.D.

7   Cal. June 18, 2013) (citing

8   Fed. R. Evid. 201(b)(1)

9   and denying request for

10  judicial notice of elements

11  common to reality

12  television shows because

13  they are not generally

14  known); *Capcom Co. v.*

15  *MKR Grp., Inc.*, No. C 08-

16  0904 RS, 2008 WL

17  4661479, at *4 (N.D. Cal.

18  Oct. 20, 2008) (denying

19  request for judicial notice

20  of elements common to

21  zombie-related movies and

22  videogames because they

23  are not generally known).

24  *See also Blye v. California*

25  *Supreme Ct.*, No. CV 11-

26  5046-DWM, 2014 WL

27  295022, at *1 (N.D. Cal.

28

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4 | | | Jan. 21, 2014) ("A request for judicial notice is not a proper vehicle for legal argument."). |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | 34 | "A setting that is a post-apocalyptic urban ruin bathed in orange light is common to dystopian science-fiction stories." (Request for Judicial Notice [Dkt 89-1] at 9:1-2.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. *See Dillon v. NBCUniversal Media LLC,* No. CV 12-09728 SJO AJWX, 2013 WL 3581938, at *5 (C.D. Cal. June 18, 2013) (citing Fed. R. Evid. 201(b)(1) and denying request for judicial notice of elements common to reality television shows because they are not generally known); *Capcom Co. v. MKR Grp., Inc.*, No. C 08-0904 RS, 2008 WL 4661479, at *4 (N.D. Cal. Oct. 20, 2008) (denying request for judicial notice of elements common to |

28

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL PROFFERS IN TESLA AND MUSK MTD

| | | | zombie-related movies and videogames because they are not generally known). *See also Blye v. California Supreme Ct.*, No. CV 11-5046-DWM, 2014 WL 295022, at *1 (N.D. Cal. Jan. 21, 2014) ("A request for judicial notice is not a proper vehicle for legal argument."). |
|---|---|---|---|
| | 35 | "The use of Image C . . . was not for commercial gain." (Mot. [Dkt. 88-1] at 19:1.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. |
| | 36 | ". . . Alcon retains the same flexibility to use Blade Runner 2099 to promote a car brand as it had for BR2049." (Mot. [Dkt 88-1] at 21:22-23.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. |
| | 37 | ". . . Alcon can continue to negotiate "[t]he number of seconds, their divisibility, and exclusivity" for Blade Runner 2099 with any car brand." (Mot. [Dkt. 88-1] at 21:25-26.) | This is a factual assertion outside the FAC, and not subject to any of the Exceptions.  The Court should not consider it. |

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD

1

2

3    DATED: January 7, 2026        ANDERSON YEH PC
                                    Edward M. Anderson
4                                   Regina Yeh
5
6    _____
                                    Attorneys for Plaintiff
7                                   ALCON ENTERTAINMENT, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S OBJECTIONS AND RESPONSES TO EXTRINSIC MATERIAL
PROFFERS IN TESLA AND MUSK MTD