UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9033-GW-RAOx | Date | February 5, 2026 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edward M. Anderson | Kristen McCallion |
| Regina Yeh | Vivian C. Cheng |

**PROCEEDINGS:** **DEFENDANTS TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS THIRD AMENDED COMPLAINT [88]**

The Court's Tentative Ruling on Defendants' Motion [88] was issued on February 3, 2026 [98]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Defendants' Motion.

A scheduling conference is set for February 12, 2026 at 8:30 a.m. The parties are to file a joint scheduling report by noon on February 10, 2026.

                                                                        :     17

                                                   Initials of Preparer    JG