# EXHIBIT A

Honorable GEORGE H. WU
## [PROPOSED] SCHEDULE OF PRETRIAL & TRIAL DATES
Case No. 2:24-cv-09033-GW-RAO

Case Name: *Alcon Entertainment, LLC v. Tesla, Inc., Elon Musk, and Warner Bros. Discovery, Inc.*

| EVENT OR DEADLINE | PLAINTIFF'S PROPOSED DATE AND COMPUTATION | DEFENDANTS' PROPOSED DATE AND COMPUTATION (PHASED SCHEDULE) | DEFENDANTS' ALTERNATIVE PROPOSED DATE AND COMPUTATION |
|---|---|---|---|
| Last Day for Defendants to File Answer to Third Amended Complaint | March 5, 2026 (21 days after Feb. 12, 2026 Scheduling Conference) | March 5, 2026 (21 days after Feb. 12, 2026 Scheduling Conference) | March 5, 2026 (21 days after Feb. 12, 2026 Scheduling Conference) |
| First Day of Expedited Discovery Phase on Literal Copying | *Plaintiff does not agree to a discovery phase limited to literal copying* | March 5, 2026 (21 days after Feb. 12, 2026 Scheduling Conference) | N/A |
| Last Day of Expedited Discovery Phase on Literal Copying | *Plaintiff does not agree to a discovery phase limited to literal copying* | April 30, 2026 (8 weeks after First Day of Expedited Discovery Phase on Literal Copying) | N/A |
| Last Day for Parties to Exchange FRCP 26(a)(1)(A) Initial Disclosures | *March 19, 2026 (14 days after L/D for Defendants to Answer Third Amended Complaint)* | March 19, 2026 (14 days after L/D for Defendants to Answer Third Amended Complaint) | March 19, 2026 (14 days after L/D for Defendants to Answer Third Amended Complaint) |

19

| First Day Parties Allowed to Seek Discovery as Contemplated by FRCP 26(d)(1) (not limited to literal copying discovery) | *March 19, 2026 (14 days after L/D for Defendants to Answer Third Amended Complaint)* | April 30, 2026[2] (L/D of Expedited Discovery Phase on Literal Copying) | March 19, 2026 (14 days after L/D for Defendants to Answer Third Amended Complaint) |
|---|---|---|---|
| Last Day to Hear Motion to Amend Pleadings or Join Additional Parties | June 11, 2026 (*23 weeks before Final Pre-Trial Conference*) | June 11, 2026 (6 weeks after L/D of Expedited Discovery Phase on Literal Copying) | June 11, 2026 (14 weeks after L/D for Defendants to Answer Third Amended Complaint) |
| Fact Discovery Cut-Off | *July 16, 2026 (16 weeks before Final Pre-Trial Conference, 6 weeks before Dispositive Motion Cutoff)* | September 17, 2026 (~4.5 months after L/D of Expedited Discovery Phase on Literal Copying) | September 17, 2026 (~6 months after L/D for Parties to Exchange Initial Disclosures) |
| Last Day to Serve Initial Expert Disclosures for Party with Burden of Proof | *June 16, 2026 (12 weeks and 4 days after opening of Non-Expert Discovery, 10 weeks and 2 days before Expert Discovery Cutoff)* | October 22, 2026 (5 weeks after Fact Discovery Cut-Off) | October 22, 2026 (5 weeks after Fact Discovery Cut-Off) |
| Last Day to Serve Rebuttal Expert Disclosures | *July 16, 2026 (30 days after Initial Expert Disclosures, 6 weeks before Expert Discovery Cutoff)* | November 25, 2026 (5 weeks after deadline above) | November 25, 2026 (5 weeks after deadline above) |

[2] <u>Plaintiff's Comment</u>: After the filing deadline for the Joint Report, Defendants changed their proposal on this deadline from an original May 26, 2026 proposal to April 30, 2026. Plaintiff is aware of this adjustment and advises that it does not change Plaintiff's overall position that the phased discovery proposal is what has frustrated agreement on a joint schedule.

20

JOINT RULE 26(f) REPORT
Case No. 2:24-cv-09033-GW-RAO

| Last Day to Serve Reply Expert Disclosures by Party with Burden of Proof | *July 30, 2026 (4 weeks before Expert Discovery Cutoff)* | December 23, 2026 (4 weeks after deadline above) | December 23, 2026 (4 weeks after deadline above) |
|---|---|---|---|
| Cut-Off for Expert Discovery | *August 27, 2026 (12 weeks before Final Pre-Trial Conference)* | January 21, 2027 (4 weeks + 1 day after deadline above) | January 21 (4 weeks + 1 day after deadline above) |
| Dispositive Motion Cutoff (Last Day to Hear Motions Dispositive or Partially Dispositive Motions, Including Rule 56 Motions) | *August 27, 2026 (12 weeks before Final Pre-Trial Conference)* | March 18, 2027 (8 weeks after Cut-Off for Expert Discovery) | March 18, 2027 (8 weeks after Cut-Off for Expert Discovery) |
| Deadline to Complete L.R. 16-15 Settlement Procedure | *September 10, 2026 (10 weeks before Final Pre-Trial Conference)* | March 18, 2027 (8 weeks after Cut-Off for Expert Discovery) | March 18, 2027 (8 weeks after Cut-Off for Expert Discovery) |
| Final Pre-Trial Conference | *November 19, 2026 (at least 15 days before trial, this is 18 days before trial)* | Subject to the Court's availability | Subject to the Court's availability |
| Trial (Estimated 5 days) | *December 7, 2026* | | |

21