UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9033-GW-RAOx | Date | February 12, 2026 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - SCHEDULING ORDER**


After considering the parties' Joint Rule 26(f) Report (Docket No. 104) and the statements of counsel at today's hearing, the Court elects to set the dates somewhat consistently with Plaintiff's proposals in said Report. Initially, it is noted that the case was originally filed on October 21, 2024, and is not a complex matter.

The Court declines to adopt Defendants' suggestions: (1) to allow "a limited, expedited discovery period of eight weeks that [would] be narrowly tailored to Alcon's allegations of literal copying by Tesla and Musk" (*Id.* at 7 of 19), or (2) that Defendants Tesla and Musk be treated as one party for purposes of written interrogatories and other discovery (*Id*. at 15 of 19).

The Court sets the following dates:

1. Defendants will file their answer to the Third Amended Complaint by March 5, 2026. Thereafter, any further amendments must be made by motion under Fed. R. Civ. P. 16 or otherwise by order of the Court.

2. Last day for parties to Exchange FRCP 26(a)(1)(A) initial disclosures and the first day to commence discovery is February 23, 2026.

3. All regular discovery will be completed by July 24, 2026. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery (including depositions of experts) will be "completed" (as described above) by September 4, 2026. Initial expert reports for the party with the burden of proof will be served no later than July 21, 2026. The parties will agree in writing as to when any rebuttal and/or reply expert reports

|  | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9033-GW-RAOx | Date | February 12, 2026 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

are to be exchanged.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is October 8, 2026.

6. A post-mediation status conference is set for October 19, 2026 at 8:30 a.m., with mediation to be completed by October 13. The parties have indicated a preference to mediate through a private mediation provider. The parties will make arrangements so that the mediation can be completed by October 13 and a joint report filed with the Court by October 13.

7. The pre-trial conference will be held on November 19, 2026 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 10).

8. Jury trial will begin on December 1, 2026 at 9:00 a.m.

:

Initials of Preparer   JG