# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>TESLA, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–09033–GW–RAO<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    3/13/2026

Document No.:    112

Title of Document:    Notice of Appearance or Withdrawal of Counsel

**ERROR(S) WITH DOCUMENT:**

Counsel, David Lee, is not admitted to the Central District

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the
document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in
response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: March 17, 2026

By:  /s/ *BonnieMarie Guillory–Curling*
 *BonnieMarie_GuilloryCurling@cacd.uscourts.gov*
 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS