MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-CV-09033-GW-RAO<br><br>**NOTICE OF APPEARANCE**<br><br>District Judge:  George H. Wu<br><br>Magistrate Judge:  Rozella A. Oliver |

**TO THE COURT, PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Ellen V. Ward of O'MELVENY & MYERS LLP hereby enters her appearance in the above-captioned matter as additional counsel for Warner Bros. Discovery, Inc. and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Ellen V. Ward (S.B. #360565)
> O'MELVENY & MYERS LLP
> 1999 Avenue of the Stars
> 8th Floor
> Los Angeles, California  90067-6035
> Telephone: (310) 246-8582
> Email: eward@omm.com

Dated: March 25, 2026

**O'MELVENY & MYERS LLP**
ELLEN V. WARD

By:      /s/ Ellen V. Ward
                    Ellen V. Ward

*Attorneys for Defendant Warner Bros. Discovery, Inc.*

1