ALCON ENTERTAINMENT, LLC, a Delaware
Limited Liability Company,

Plaintiff,

vs.

TESLA, INC., a Texas Corporation; ELON
MUSK, an individual; WARNER BROS.
DISCOVERY, INC., a Delaware Corporation,

Defendants.

CASE NO. 2:24-cv-09033-GW-RAO
District Judge: Hon. George H. Wu
Magistrate Judge: Hon. Rozella A. Oliver

**[~~PROPOSED~~] ORDER GRANTING STIPULATED FRE 502(d) CLAWBACK ORDER**

/ / /

/ / /

/ / /

**[PROPOSED] ORDER**

The Court, having considered the Parties' Stipulated FRE 502(d) Clawback Order submitted concurrently herewith, and good cause appearing, hereby ORDERS that the Stipulated FRE 502(d) Clawback Order is APPROVED and ENTERED.

**IT IS SO ORDERED.**

DATED: 05/15/2026

_____

HON. ROZELLA A. OLIVER
United States Magistrate Judge

## CERTIFICATE OF SERVICE

### *Alcon Entertainment, LLC v. Tesla, Inc., et al.*
### Case No. 2:24-cv-09033-GW-RAO

I hereby certify that on this 14th day of May, 2026, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATED FRE 502(d) CLAWBACK ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Edward M. Anderson, Esq.<br>Regina Yeh, Esq.<br>ANDERSON YEH PC<br>1055 E. Colorado Blvd., Ste. 500<br>Pasadena, CA 91106 | Counsel for Plaintiff Alcon Entertainment, LLC; |
| Arwen R. Johnson, Esq.<br>Lennette W. Lee, Esq.<br>KING & SPALDING LLP<br>633 West Fifth Street, Ste. 1600<br>Los Angeles. CA 90071 | Defendants Tesla, Inc. and Elon Musk; |
| Matthew T. Kline, Esq.<br>Cassandra L. Seto, Esq.<br>Ellie V. Ward, Esq.<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles. CA 90067 | Defendant Warner Bros. Discovery, Inc. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 14, 2026, in Los Angeles, California.

/s/ Hassan Elrakabawy
Hassan Elrakabawy

[PROPOSED] ORDER GRANTING STIPULATED FRE 502(d) CLAWBACK ORDER