ANDERSON YEH PC
  Edward M. Anderson (STATE BAR NO. 198183)
edward@andersonyehlaw.com
  Regina Yeh (STATE BAR NO. 266019)
regina@andersonyehlaw.com
1055 E. Colorado Blvd. Ste 500
Pasadena, California  91106
Tel: (626) 204-4092  Fax: (888) 744-0317

YUKEVICH CAVANAUGH
  James W. Irey (STATE BAR NO. 150640)
jirey@yukelaw.com
  Hassan Elrakabawy (STATE BAR NO. 248146)
helrakabawy@yukelaw.com
  Celeste S. Del Rio (STATE BAR NO. 275969)
cdel_rio@yukelaw.com
355 South Grand Avenue, 15th Floor
Los Angeles, CA  90071
Telephone: (213) 362-7777  Facsimile: (213) 362-7788

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation;<br><br>            Defendants. | CASE NO.  2:24-CV-09033-GW-RAO<br><br>Hon. George H. Wu – District Judge<br><br>Hon. Rozella A. Oliver – Magistrate Judge<br><br>**PLAINTIFF ALCON ENTERTAINMENT, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT TESLA, INC.'S (1) RESPONSES OR FURTHER RESPONSES TO SELECTED INTERROGATORIES FROM PLAINTIFF'S FIRST SET OF INTERROGATORIES, (2) FURTHER** |

1

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

**RESPONSES AND PRODUCTION OF DOCUMENTS IN RESPONSE TO SELECTED REQUESTS FROM PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS AND (3) RESPONSES OR FURTHER RESPONSES TO SELECTED REQUESTS FOR ADMISSIONS FROM ALCON'S FIRST SET OF REQUESTS FOR ADMISSIONS [L.R. 37-2.1]**

Date:          July 15, 2026
Time:          10:00 a.m.
Courtroom:     590, 5th Floor
               255 E. Temple Street
               Los Angeles, CA  90012

Action Filed:        October 21, 2024
Discovery Cut-Off:   July 24, 2026
Pre-Trial Conf.:     November 19, 2026
Trial Date:          December 1, 2026

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT on July 15, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Rozella A. Oliver, United States Magistrate Judge, in the United States District Court, Central District of California, Western Division, Courtroom 590, 5th Floor, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, plaintiff Alcon Entertainment, LLC ("Plaintiff" or "Alcon"), will and hereby does move for an order compelling defendant defendant Tesla, Inc. ("Tesla"), to make written responses or further responses to the following written discovery

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

propounded by Plaintiff:

(1) verified Federal Rule of Civil Procedure 33-compliant further responses to Interrogatories Nos. 11-14, 16 and 18 from Alcon's First Set of Interrogatories (Nos. 1-21);

(2) Federal Rule of Civil Procedure 34-compliant amended responses to, and complete production of documents in response to, Request Nos. 17, 23, 26 and 27 from Alcon's Requests for Production of Documents and Things to Tesla, Set No. One (Nos. 1-32); and

(3) Federal Rule of Civil Procedure 36-compliant responses to Requests for Admissions Nos. 4, 5 and 6 from Alcon's First Set of Requests for Admissions (Nos. 1-29).

This motion is made pursuant to Federal Rules of Civil Procedure 33, 34, 36, and 37 and Central District of California Civil Local Rules 37-1 and 37-2.  This motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation re same and all declarations and exhibits submitted therewith, the pleadings and papers on file in this action, and on such other written or oral arguments or evidence as may be presented at or before the time this motion is taken under submission.

[CONTINUED NEXT PAGE]

3

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

This motion is made following the L.R. 37-1 conferences of counsel which took place on May 5 and May 22, 2026.  Tesla confirmed that it opposes the motion.

DATED: June 24, 2026            ANDERSON YEH PC
                                Edward M. Anderson
                                Regina Yeh

                                _____
                                Attorneys for Plaintiff
                                ALCON ENTERTAINMENT, LLC


                                YUKEVICH CAVANAUGH
                                James W. Irey
                                Hassan Elrakabawy
                                Celeste Del Rio

                                Attorneys for Plaintiff
                                ALCON ENTERTAINMENT, LLC

4
NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

PROOF OF SERVICE