A. LOUIS DORNY (SBN 212054)
  ldorny@tesla.com
TERRY W. AHEARN (SBN 216543)
  tahearn@tesla.com
**TESLA, INC.**
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
  arwen.johnson@kslaw.com
LENNETTE W. LEE (SBN 263023)
  llee@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants
TESLA, INC. and ELON MUSK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

*Hon. George H. Wu, Courtroom 9D*

**NOTICE OF LODGING OF [PROPOSED] ORDER ON STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER SETTING PRETRIAL AND TRIAL DEADLINES [DKT 162]**

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

PLEASE TAKE NOTICE THAT Defendants Tesla, Inc. and Elon Musk hereby lodge the attached [Proposed] Order on Stipulation and Request to Amend Scheduling Order Setting Pretrial and Trial Dates.

Dated: July 6, 2026

**KING & SPALDING LLP**

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON
LENNETTE W. LEE

**TESLA, INC.**
HELEN TRAC (SBN 285824)
 *htrac@tesla.com*
DAVID LEE (SBN 264467)
 *dlee8@tesla.com*
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

Attorneys for Defendants
TESLA, INC. and ELON MUSK

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NOTICE OF LODGING OF [PROPOSED] ORDER