# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER SETTING PRETRIAL AND TRIAL DEADLINES**

King & Spalding LLP
Attorneys at Law
Los Angeles

[PROPOSED] ORDER GRANTING STIPULATION

The Court, having reviewed the Parties' Stipulation and Request to Amend the Scheduling Order Setting Pretrial Deadlines ("Stipulation") and the declarations submitted in support thereof, finds that sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**.

The Scheduling Order Setting Pretrial Deadlines (ECF No. 107) is modified as follows:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Fact discovery cutoff | July 24, 2026 | October 2, 2026 |
| Initial expert reports | July 21, 2026 | September 29, 2026 |
| Expert discovery cutoff | September 4, 2026 | November 13, 2026 |
| Last day for Court to hear any motions (other than motions in limine) | October 8, 2026 | December 17, 2026 |
| Last day to complete mediation | October 13, 2026 | December 22, 2026 |
| Post-mediation status conference | October 19, 2026 at 8:30 a.m. | December 28, 2026 at 8:30 a.m. |
| Pre-trial conference | November 19, 2026 at 8:30 a.m. | March 4, 2027 at 8:30 a.m. |
| Jury trial | December 1, 2026 at 9 a.m. | March 23, 2027 at 9 a.m. |

**IT IS SO ORDERED.**

Dated:                                    By:  _____
                                                 HON. GEORGE H. WU
                                                 UNITED STATES DISTRICT JUDGE

King & Spalding LLP
Attorneys at Law
Los Angeles

1

[PROPOSED] ORDER GRANTING STIPULATION