UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 2:24-09033-GW (RAOx) Date: September 8, 2026
Title: Alcon Entertainment, LLC v. Tesla, Inc. et al.

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| C. Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder: N/A |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER RE: SEPTEMBER 4, 2026 JOINT STATUS REPORT [188]**

The Court has reviewed and/or ruled on several discovery disputes, as described in prior orders, *see* Dkt. Nos. 171, 179, 187, which are incorporated by reference. The parties have filed four joint status reports. Dkt. Nos. 174, 178, 185, 188. This order addresses the most recent joint status report filed on September 4, 2026. Dkt. No. 188.

## I. Alcon's Interrogatory No. 16

Tesla shall provide the requested viewership numbers for X as soon as practicable but no later than **September 14, 2026**.

## II. Alcon's Request for Production No. 17

Tesla shall respond to Alcon's proposed limitation by **September 14, 2026**.

## III. Tesla's Request to Modify Limitation Regarding Access to Settlement Agreements

Tesla requests the Court modify its prior limitation regarding access to settlement agreements so that other categories of persons in the Stipulated Protective Order, Dkt. No. 142, may access those documents, with the exception of any employee of Tesla. While the Court is open to adopting this modification, the Court will provide an opportunity to respond to the nonparties who previously objected via letter briefing to the production of these settlement agreements. Tesla shall meet and confer with counsel for Peugeot and Publicis as to whether they intend to object to this modification. Tesla shall file a status report of the meet and confer discussion by September 10, 2026. If Peugeot and Publicis object, they may file a letter brief limited to two pages, and Tesla may file a responsive letter brief limited to two pages.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 2:24-09033-GW (RAOx) Date: September 8, 2026

Title: Alcon Entertainment, LLC v. Tesla, Inc. et al.

## IV. Further Status Report

The parties shall file a final joint status report by **September 15, 2026**. This shall include a final update as to any pending issues from the three motions to compel. Except as to the new disputes for which the parties are submitting requests for IDCs and any renewed request for depositions of Musk and von Holzhausen for which the Court has set a separate schedule, the final joint status report shall include any disputes that remain pending from the three motions to compel and for which the moving party seeks a Court order. The joint status report shall include both sides' positions and arguments (or citation to prior briefs or joint status reports with relevant positions/arguments) on those pending disputes so that the Court may issue a final ruling after review of the final joint status report.

The Court will issue separate guidance for the request for an informal discovery conference submitted by email on September 4, 2026.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer cd