A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
**TESLA, INC.**
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants
TESLA, INC. and ELON MUSK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**DEFENDANT TESLA, INC.'S STATUS REPORT PURSUANT TO SEPTEMBER 8, 2026 ORDER (DKT. NO. 189)**

District Judge: George H. Wu
Magistrate Judge: Rozella A. Oliver

Action Filed: October 21, 2024
Discovery Cut-Off: October 2, 2026
Final Pre-Trial Conf.: March 4, 2027
Trial Date: March 16, 2027

**STATUS REPORT PURSUANT TO SEPTEMBER 8, 2026 ORDER (DKT. NO. 189)**

Pursuant to the Court's September 8, 2026 Order (Dkt. No. 189), Defendant Tesla, Inc. ("Tesla") submits this Status Report.

In the parties' September 4, 2026 Further Joint Status Report, Tesla requested that the Court modify its prior limitation regarding access to settlement agreements so that the documents may be disclosed, consistent with the terms of the Stipulated Protective Order, to the categories of persons who may access documents designated as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order consistent with its terms (Dkt. No. 142 § 7.3) *except* for any Tesla employee. Dkt No. 188 at 13.

In its September 8, 2026 Order, the Court directed Tesla to meet and confer with counsel for Peugeot and Publicis (the "Non-Parties") regarding whether they intend to object to Tesla's requested modification. Dkt. No. 189 at 1. On September 9, 2026, counsel for Tesla met and conferred with counsel for the Non-Parties. The Non-Parties indicated that they are considering Tesla's request and asked whether Tesla anticipates needing to share the entire agreement. Tesla is considering whether access to a redacted version of the agreement would be sufficient.

Tesla will continue to meet and confer with the Non-Parties and report back to the Court.

***Signature on following page***

Dated: September 10, 2026

**KING & SPALDING LLP**

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON
LENNETTE W. LEE

**TESLA, INC.**
DAVID LEE (SBN 264467)
*dlee8@tesla.com*
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

Attorneys for Defendants
TESLA, INC. and ELON MUSK