**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alcon Entertainment, LLC<br>Plaintiff(s)<br>v.<br>Tesla, Inc. et al<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-09033-GW-RAO<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Oliver . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☒ No Hearing Required
☐ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☐ Telephonic

Magistrate Judge Oliver

Date/Time N/A

Courtroom: N/A

The Court sets a single letter briefing schedule for both IDC requests that have been emailed to chambers. Each side shall file a single letter brief, up to 5 pages in length, by September 17, 2026, in support of their positions on the disputes raised in both IDC requests. The Court will take the matters under submission thereafter and issue a written ruling.

Dated: 09/11/2026

By: C. DELGADO
Deputy Clerk