Edward M. Anderson (SBN 198183)
edward@andersonyehlaw.com
Regina Yeh (SBN 266019)
regina@andersonyehlaw.com
**ANDERSON YEH PC**
1055 E. Colorado Blvd. Ste 500
Pasadena, California 91106
Tel: (626) 204-4092 / Fax: (888) 744-0317

Attorneys for Plaintiff Alcon Entertainment, LLC

Matthew T. Kline (SBN #211640)
mkline@omm.com
Cassandra L. Seto (SBN #246608)
cseto@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Tel: (310) 553-6700/ Fax: (310) 246-6779

Attorneys for Defendant Warner Bros. Discovery, Inc.

[Additional counsel listed on following page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,

Plaintiff,

v.

TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,

CASE NO. 2:24-CV-09033-GW RAO

Hon. George H. Wu – District Judge

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD AMENDED COMPLAINT AS AGAINST DEFENDANT WARNER BROS. DISCOVERY, INC. PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)**

Arwen R. Johnson (SBN 247583)
Arwen.Johnson@kslaw.com
Lennette W. Lee (SBN 263023)
Llee@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Tel: (213) 443-4355 / Fax: (213) 443-4310

Attorneys for Defendants Tesla, Inc. and Elon Musk

A. Louis Dorny (SBN 212054)
ldorny@tesla.com
Terry W. Ahearn (SBN 216543)
tahearn@tesla.com
Helen Trac (SBN 285824)
htrac@tesla.com
David Lee (SBN 264467)
dlee@tesla.com
**TESLA, INC.**
1501 Page Mill Building 6U
Palo Alto, CA 94304
Tel: (510) 298-8516

Additional counsel for Defendants Tesla, Inc. and Elon Musk

James W. Irey (SBN 150640)
jirey@yukelaw.com
Hassan Elrakabawy (SBN 248146)
helrakabawy@yukelaw.com
Celeste S. Del Rio (SBN 275969)
cdel_rio@yukelaw.com
**YUKEVICH CAVANAUGH**
355 South Grand Avenue, 15th Floor
Los Angeles, CA 90071
Tel: (213) 362-7777 / Fax: (213) 362-7788

Additional counsel for Plaintiff Alcon Entertainment, LLC

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD AMENDED COMPLAINT AS AGAINST DEFENDANT WARNER BROS. DISCOVERY, INC.**

Plaintiff Alcon Entertainment, LLC ("Alcon" or "Plaintiff"), defendants Tesla, Inc. ("Tesla"), Elon Musk ("Musk"), and Warner Bros. Discovery, Inc. ("WBDI") stipulate and agree as follows:

1. Alcon and WBDI have reached a settlement.

2. Plaintiff's Third Amended Complaint ("TAC") (Dkt. No. 81) shall be dismissed with prejudice as to WBDI only, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

3. To the extent Alcon's claims against WBDI in prior pleadings in the action were not dismissed with prejudice, such dismissals of Alcon's claims against WBDI in prior pleadings shall be deemed to be with prejudice as to WBDI.

4. As to each other, Alcon and WBDI shall bear their own fees and costs.

5. At the present time, Alcon, Tesla and Musk have not reached any settlement, and the Court shall not, at present, dismiss any of Alcon's, Tesla's or Musk's pleadings as against each other, which, *inter alia*, means that Alcon's claims in the TAC against Tesla and Musk are not stipulated to be dismissed, nor are Tesla's and Musk's general denials or affirmative defenses to Alcon's claims in the TAC.

[CONTINUED NEXT PAGE]

6. The Court shall maintain jurisdiction to enforce the terms of the settlement agreement as between Alcon and WBDI.

## ATTESTATION OF PERMISSION TO E-FILE

Pursuant to Central District of California Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 23, 2026

ANDERSON YEH PC

By Edward M. Anderson

Counsel for Plaintiff
Alcon Entertainment, LLC

Dated: September 18, 2026

O'MELVENY & MYERS LLP

By Matthew T. Kline

Counsel for Defendant Warner Bros. Discovery, Inc.

Dated: September 18, 2026

KING & SPALDING LLP

By Arwen Johnson

Counsel for Defendants
Tesla, Inc. and Elon Musk