**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation. | CASE NO. 2:24-CV-09033-GW RAO<br><br>Hon. George H. Wu – District Judge<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD AMENDED COMPLAINT AS AGAINST DEFENDANT WARNER BROS. DISCOVERY, INC. PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

Pursuant to the stipulation of the parties, the Court orders as follows:

1. The Third Amended Complaint ("TAC") (Dkt. No. 81) of plaintiff Alcon Entertainment, Inc. ("Plaintiff" or "Alcon") shall be dismissed with prejudice as to defendant Warner Bros. Discovery, Inc. ("WBDI") only, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

///

///

2. To the extent Alcon's claims against WBDI in prior pleadings in the action were not dismissed with prejudice, such dismissals of Alcon's claims against WBDI in prior pleadings shall be deemed to be with prejudice as to WBDI.

3. As to each other, Alcon and WBDI shall bear their own fees and costs.

4. Alcon's claims in the TAC as against defendants Tesla, Inc. ("Tesla") and Elon Musk ("Musk") are not dismissed, nor are Tesla's and Musk's general denials or affirmative defenses to Alcon's claims in the TAC.

5. The Court shall maintain jurisdiction to enforce the terms of the settlement agreement as between Alcon and WBDI.

**IT IS SO ORDERED.**

Dated: ____________________ ______________________________________

Hon. George H. Wu
United States District Judge