A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
**TESLA, INC.**
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants
TESLA, INC. and ELON MUSK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**DEFENDANT TESLA, INC.'S FURTHER STATUS REPORT PURSUANT TO SEPTEMBER 18, 2026 ORDER (DKT. NO. 202)**

District Judge: George H. Wu
Magistrate Judge: Rozella A. Oliver

Action Filed: October 21, 2024
Discovery Cut-Off: October 2, 2026
Final Pre-Trial Conf.: March 4, 2027
Trial Date: March 16, 2027

**FURTHER STATUS REPORT PURSUANT TO SEPTEMBER 18, 2026 ORDER (DKT. NO. 202)**

Pursuant to the Court's September 18, 2026 Order (Dkt. No. 202), Defendant Tesla, Inc. ("Tesla") submits this Further Status Report.

In its September 18, 2026 Order, the Court directed Tesla to continue to meet and confer with counsel for Peugeot and Publicis (the "Non-Parties") regarding Tesla's request to modify the limitations on access to the settlement agreement involving the Non-Parties (*see* Dkt. No. 188 at 13).

On September 24, 2026, counsel for Tesla met and conferred with counsel for the Non-Parties. Counsel for Tesla explained that Tesla would like to disclose the agreement to its rebuttal expert (potentially in redacted form) but reiterated that the agreement would not be disclosed to any Tesla employee or included in any report.

The Non-Parties indicated that they are considering this request. The Non-Parties raised the concern, however, that should the rebuttal expert's report rely on the settlement amount, even designating those portions of the report as Highly Confidential–Outside Counsel Only may not prevent its contents from being deduced through the expert's conclusion. Tesla agreed to consider whether there was a feasible way to address this concern. Additionally, Tesla agreed to share the name of its rebuttal expert so the Non-Parties may run conflict checks. Lastly, in response to the Non-Parties' inquiry as to whether Tesla is arguing for admissibility of the settlement amount, Tesla explained its view that admissibility considerations are premature at this stage. Tesla presently seeks evaluation of the agreement by its rebuttal expert, not admission of the agreement at trial.

Tesla will continue to meet and confer with the Non-Parties and report back to the Court.

*[Signatures on following page]*

Dated: September 25, 2026

**KING & SPALDING LLP**

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON
LENNETTE W. LEE

**TESLA, INC.**
DAVID LEE (SBN 264467)
*dlee8@tesla.com*
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

Attorneys for Defendants
TESLA, INC. and ELON MUSK