**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alcon Entertainment, LLC<br>Plaintiff(s)<br>v.<br>Tesla, Inc. et al<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-09033-GW-RAO<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Oliver .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required

☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge Oliver

Date/Time 10/19/2026 at 10:00 a.m.

Courtroom: via Zoom

Plaintiff's opening letter brief to be filed by October 5, 2026 (5 page limit).

Defendants' responsive letter brief to be filed by October 9, 2026 (5 page limit).

Plaintiff's reply letter brief to be filed by October 13, 2026 (2 page limit).

Dated: 09/28/2026

By: C. Delgado
Deputy Clerk