**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. CV 24-9033-GW-RAOx

**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR LIMITED MODIFICATION OF FACT DISCOVERY CUTOFF DATES**

The Court, having reviewed the Parties' Stipulation and Request for a Limited Modification of Fact Discovery Cutoff Dates ("Stipulation") and the declaration submitted in support thereof, finds that sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. The Court ORDERS as follows:

1. The October 2, 2026 fact-discovery cutoff set in Dkt. 164, shall be extended from October 2, 2026, to October 9, 2026 solely as to Defendant Elon Musk's deadline to serve supplemental responses to Plaintiff's Requests for Admission Nos. 20, 21, and 35–38, and Interrogatory Nos. 10-13, and 17.
2. The fact-discovery cutoff as to the depositions of Elon Musk and Franz von Holzhausen set in Dkt. 186 shall be extended from October 30, 2026 to November 6, 2026.

**IT IS SO ORDERED.**

Dated: September 30, 2026 By: George H. Wu

HON. GEORGE H. WU,
United States District Judge