**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENSION OF DEADLINES SET IN DKT. 205**

The Court, having reviewed the Parties' Stipulation and Request for an Extension of Deadlines Set in Dkt. 205 ("Stipulation") and the declaration submitted in support thereof, finds that sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. The Court ORDERS as follows:

1. The briefing schedule and hearing date set forth in Dkt. 205 is hereby VACATED.
2. The Parties shall meet and confer on or before October 13, 2026 as to whether Plaintiff intends to renew its request for the depositions of Musk and von Holzhausen and, if so, whether any materials need to be filed under seal by any Party in connection with the dispute.
3. If Plaintiff intends to renew its request, the Parties will simultaneously file opening letter briefs regarding the dispute, not to exceed five (5) pages in length, on October 15, 2026.
4. The Parties will simultaneously file supplemental/response briefs regarding the dispute, not to exceed two (2) pages in length, on October 20, 2026.
5. The hearing on Alcon's potential renewed request for the depositions of Musk and von Holzhausen shall be scheduled for October 28, 2026 at 10:00 a.m. via Zoom.

**IT IS SO ORDERED.**

Dated: 10/02/2026 By: Rozella A. Oliver

HON. ROZELLA A. OLIVER
U.S. MAGISTRATE JUDGE