ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Attorneys for Defendants
TESLA, INC. and ELON MUSK

KENT R. RAYGOR (SBN 117224)
*kraygor@sheppard.com*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700

Attorneys for Non-Party
AUTOMOBILES PEUGEOT S.A. (FRANCE)

MICHAEL DOCKTERMAN, III (Bar No. 3121675)
*mdockterman@mcdemottlaw.com*
BETSY G. ZYRKOWSKI, III (Bar No. 6330583)
*bzyrkowski@mcdermottlaw.com*
**McDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000

Attorneys for Non-Party
PUBLICIS MEDIA FRANCE, S.A.

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**FURTHER JOINT STATUS REPORT PURSUANT TO OCTOBER 13, 2026 ORDER (DKT. NO. 216)**

District Judge: George H. Wu
Magistrate Judge: Rozella A. Oliver

**FURTHER JOINT STATUS REPORT PURSUANT TO OCTOBER 13, 2026 ORDER (DKT. NO. 216)**

Pursuant to the Court's October 13, 2026 Order (Dkt. No. 213), Defendant Tesla, Inc. ("Tesla"), Plaintiff Alcon Entertainment, LLC ("Alcon"), and Non-Parties Automobiles Peugeot S.A. (France) ("Peugeot") and Publicis Media France, S.A. ("Publicis" and together with Peugeot, the "Non-Parties") submit this Further Status Report.

On Monday October 12, 2026, counsel for Tesla disclosed the name of the additional rebuttal expert with whom Tesla would like to share the settlement agreement entered into by Alcon and Non-Parties in a prior action (the "Settlement Agreement") so the Non-Parties may check for conflicts.

On Tuesday October 13, 2026, counsel for Publicis informed Tesla that Publicis would endeavor to inform Tesla of any conflicts by Thursday October 15 while noting that the timeline might be tight. Counsel for Tesla stated that the rebuttal expert disclosed on October 12 is the only additional expert with whom Tesla wishes to share the Settlement Agreement. Counsel for Tesla also offered for further meet and confer in advance of this Further Status Report.

On Thursday, October 15, 2026, the parties communicated by email and relayed additional updates for incorporation into this Further Status Report as follows:

- Publicis confirmed that it does not have any conflicts with the additional rebuttal expert;
- Alcon has communicated that its position remains the same as the last status report: Alcon is generally supportive of solutions that are acceptable to the Non-Parties, and is unlikely to object to any solution that Defendants and Non-Parties can agree upon. Alcon further communicated to Defendants Alcon's own non-objection to the additional rebuttal expert's exposure to other discovery material

designated Highly Confidential by Alcon;

- Non-Party Peugeot and Publicis maintain their objections to the use of the 2021 Alcon/Peugeot/Publicis Confidential Settlement Agreement and any information contained therein by any testifying expert witness retained by Tesla, and intend to seek a protective order against any use of such information for liability or other purposes in the present action or presentation to the trier of fact in the present action.

Respectfully submitted,

Dated: October 15, 2026

**KING & SPALDING LLP**

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON
LENNETTE W. LEE

**TESLA, INC.**
A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
DAVID LEE (SBN 264467)
*dlee8@tesla.com*
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

Attorneys for Defendants
TESLA, INC. and ELON MUSK

Dated: October 15, 2026

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: */s/ Kent R. Raygor*
KENT R. RAYGOR

KENT R. RAYGOR (SBN 117224)
*kraygor@sheppard.com*
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700

Attorney for Non-Party
AUTOMOBILES PEUGEOT S.A. (FRANCE)

Dated: October 15, 2026

**McDERMOTT WILL & SCHULTE LLP**

By: */s/ Michael Docktermann*
MICHAEL DOCKTERMANN
BETSY G. ZYRKOWSKI

MICHAEL DOCKTERMAN (Ill. Bar No. 3121675)
*mdockterman@mcdemottlaw.com*
BETSY G. ZYRKOWSKI (Ill. Bar No. 6330583)
*bzyrkowski@mcdermottlaw.com*
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000

Attorneys for Non-Party
PUBLICIS MEDIA FRANCE, S.A.

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Arwen R. Johnson*
ARWEN R. JOHNSON