A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
**TESLA, INC.**
1501 Page Mill Building 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants Tesla, Inc. and Elon Musk

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,

Plaintiff,

v.

TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO
*Hon. George H. Wu, Courtroom 9D*

**DECLARATION OF TERRY AHEARN IN SUPPORT OF PLAINTIFF ALCON ENTERTAINMENT, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 6-10, 14-16, 18-19 AND PORTIONS OF EXHIBITS 11-13 TO PLAINTIFF'S LETTER BRIEF RE RENEWED REQUEST FOR ORDERED DEPOSITIONS OF FRANZ VON HOLZHAUSEN AND ELON MUSK**

Magistrate Judge: Rozella A. Oliver

I , Terry Ahearn, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am currently employed as Managing Counsel for IP Litigation by Defendant Tesla, Inc. I am authorized to make these statements on behalf of Tesla. In my current position, I am familiar with Tesla's treatment of proprietary and confidential information. I have access to and personal knowledge of the matters and information set forth in this declaration, and if called upon to testify thereto, can and would competently do so. The information set forth herein is true and based on my personal knowledge unless otherwise stated. The documents and records discussed in this declaration are maintained in the regular course of Tesla's business.

2. I submit this declaration in support of Plaintiff Alcon Entertainment, LLC's Application for Leave to File Under Seal Exhibits 6-10, 14-16, 18-19 and Portions of Exhibits 11-13 to Plaintiff's Letter Brief Re Renewed Request for Ordered Depositions of Franz von Holzhausen and Elon Musk ("Plaintiff's Application to Seal"), Dkt. No. 223, and in compliance with Local Rule 79-5.2.2(b)(i). Specifically, Tesla seeks to seal: Plaintiff's Exhibits 6-10, 14-16, and 18-19 in their entirety and narrowly tailored portions of Plaintiff's Exhibits 11-13.

3. The above-referenced documents reflect some or all of the following categories of information: the names, contact information, and titles of non-executive Tesla employees; documents reflecting Tesla's competitively sensitive and non-public business information and the file paths used to access these documents; and/or discussions regarding Tesla's closely guarded trade secrets and business operations related to its promotions, design, and operations ("Proposed Sealed Information"). Sealing and/or redaction of the Proposed Sealed Information from public filings is necessary to prevent competitive harm to Tesla that cannot be undone. Tesla operates in an intensely competitive marketplace, so it has serious and legitimate concerns that competitors and bad actors will exploit any disclosure of its Proposed Sealed Information to gain a competitive advantage or to otherwise harm its business. Tesla

takes great care to protect the confidentiality of its sensitive, non-public information. Public disclosure of the Proposed Sealed Information would signal to competitors confidential details about the strategies Tesla is employing, who specifically at Tesla is working on such matters, the details of its processes, the projects it is prioritizing, and how those projects are managed. Tesla could lose market advantage if competitors became privy to such sensitive, non-public information.

4. The following table sets forth the documents Tesla seeks to seal, the portions to be filed under seal, and the basis for sealing:

| Document | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|
| Exhibit 6 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations, and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 7 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations, and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 8 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, |

| | | |
|---|---|---|
| | | and inflict competitive harm on Tesla. |
| Exhibit 9 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities and information about Tesla's licensing strategy and operations. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 10 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 11 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk. | Highlighted in Green | This document discloses file names, design strategy, and employee names and their internal responsibilities. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 12 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Highlighted in Green | This document discloses employee names and their internal responsibilities. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 13 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Highlighted in Green | This document discloses employee names and their internal responsibilities. The disclosure of this information would cause security vulnerabilities, |

| | | |
|---|---|---|
| | | endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 14 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 15 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 16 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 18 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk. | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, endanger trade secrets, and inflict competitive harm on Tesla. |
| Exhibit 19 to Plaintiff's Letter Brief re Renewed Request for Depositions of Franz von Holzhausen and Elon Musk | Entire Document | This document discloses employee names and their internal responsibilities, and Tesla's confidential promotions, operations and/or design strategy. The disclosure of this information would cause security vulnerabilities, |

| | | |
|---|---|---|
| | | endanger trade secrets, and inflict competitive harm on Tesla. |

5. Tesla respectfully requests that the Court grant Plaintiff's Application to Seal the Proposed Sealed Information for the above-stated reasons.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on October 19, 2026 in Palo Alto, California.

TERRY AHEARN