**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENSION OF EXPERT DISCOVERY CUTOFF**

The Court, having reviewed the Parties' Joint Stipulation and Request for Extension of Expert Discovery Cutoff ("Stipulation") and the declaration submitted in support thereof, finds that sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. The Court ORDERS as follows:

1. The expert-discovery cutoff set in Dkt. 164 shall be extended from November 13, 2026, to November 19, 2026.

**IT IS SO ORDERED.**

Dated: October 22, 2026

George H. Wu

HON. GEORGE WU
UNITED STATES DISTRICT JUDGE