A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
**TESLA, INC.**
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants
TESLA, INC. and ELON MUSK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

*Hon. George H. Wu, Courtroom 9D*

**JOINT STIPULATION AND REQUEST FOR EXTENSION OF FACT DISCOVERY CUTOFF**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Alcon Entertainment, LLC ("Plaintiff") and Defendants Tesla, Inc. and Elon Musk (collectively "Defendants" and, with Plaintiff, the "Parties"), by and through their counsel of record, hereby stipulate and request that the Court extend the fact discovery deadline to allow for the deposition of Tesla executive Franz von Holzhausen ("von Holzhausen").

WHEREAS, on July 14, 2026, Magistrate Judge Oliver denied without prejudice Alcon's motion to compel the depositions of Defendant Elon Musk ("Musk") and von Holzhausen. Dkt. 171.

WHEREAS, between July and October, the Parties met and conferred about the depositions of Musk and von Holzhausen and submitted additional briefing to Magistrate Judge Oliver.

WHEREAS, on September 30, 2026, this Court extended the October 2, 2026 fact discovery deadline to November 6, 2026 solely as to the potential depositions of Musk and von Holzhausen. Dkt. 209.

WHEREAS, on October 21, 2026, Magistrate Judge Oliver issued a tentative ruling granting Alcon's request for a short deposition of von Holzhausen and denying Alcon's request for a deposition of Musk. Dkt. 231.

WHEREAS, on November 3, 2026, Magistrate Judge Oliver issued an order reflecting, with respect to von Holzhausen, that "the parties agree to submit to the Court's tentative ruling regarding a two-hour deposition of von Holzhausen. The Court will leave scheduling and format of the deposition to the parties." Dkt. 250.

WHEREAS, on November 5, 2026, after further meet and confer efforts, the Parties agreed to a two-hour deposition of von Holzhausen to take place starting at 1:00 pm on November 16, 2026 at the law offices of Yukevich Cavanaugh in downtown Los Angeles, which was the first mutually agreeable date available for the deposition.

NOW THEREFORE, the Parties agree, and respectfully request, that the Court

enter an order modifying the following deadline only:

1. The fact discovery cutoff with respect to the deposition of von Holzhausen shall be extended from November 6, 2026 to November 16, 2026.

Respectfully submitted,

Dated: November 6, 2026

**KING & SPALDING LLP**

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON
LENNETTE W. LEE

**TESLA, INC.**
DAVID LEE (SBN 264467)
*dlee8@tesla.com*
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

Attorneys for Defendants
TESLA, INC. and ELON MUSK

Dated: November 6, 2026

**ANDERSON YEH PC**
**YUKEVICH CAVANAUGH**

By: */s/ Edward M. Anderson*
EDWARD M. ANDERSON
REGINA YEH
JAMES W. IREY
HASSAN ELRAKABAWY

Attorneys for Plaintiff
ALCON ENTERTAINMENT, LLC

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Arwen R. Johnson*
ARWEN R. JOHNSON