A. LOUIS DORNY (SBN 212054)
*ldorny@tesla.com*
TERRY W. AHEARN (SBN 216543)
*tahearn@tesla.com*
**TESLA, INC.**
1501 Page Mill, Bldg 6U
Palo Alto, California 94304
Telephone: (510) 298-8516

ARWEN R. JOHNSON (SBN 247583)
*arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
*llee@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Additional counsel listed on signature page*

Attorneys for Defendants
TESLA, INC. and ELON MUSK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

ALCON ENTERTAINMENT, LLC, a Delaware limited liability company,

Plaintiff,

v.

TESLA, INC., a Texas corporation; ELON MUSK, an individual and WARNER BROS. DISCOVERY, INC., a Delaware corporation,

Defendants.

Case No. 2:24-cv-09033-GW-RAO

*Hon. George H. Wu, Courtroom 9D*

**DECLARATION OF ARWEN R. JOHNSON IN SUPPORT OF JOINT STIPULATION AND REQUEST FOR EXTENSION OF DISCOVERY CUTOFF**

**DECLARATION OF ARWEN R. JOHNSON**

I, Arwen R. Johnson, declare as follows:

1. I am a member of the bar of the State of California and am duly admitted to practice before this Court. I am a partner at King & Spalding, LLP, counsel for Defendants Tesla, Inc. and Elon Musk ("Musk") (together, "Tesla") in the above-captioned matter. I submit this Declaration in support of the Parties' Joint Stipulation seeking an extension of the fact discovery deadline from November 6, 2026 to November 16, 2026 to allow for the deposition of Tesla executive Franz von Holzhausen ("von Holzhausen"). I have personal knowledge of the facts in this declaration. I could and would competently testify to these facts if called as a witness.

2. On September 30, 2026, this Court extended the October 2, 2026 fact discovery deadline to November 6, 2026, solely as to the potential depositions of Musk and von Holzhausen. Dkt. 209.

3. On July 14, 2026, Magistrate Judge Oliver denied without prejudice Alcon's motion to compel the depositions of Defendant Musk and von Holzhausen. Dkt. 171.

4. Between July and October, the Parties met and conferred about the depositions of Musk and von Holzhausen and submitted additional briefing to Magistrate Judge Oliver.

5. On October 21, 2026, Magistrate Judge Oliver issued a tentative ruling granting Alcon's request for a short deposition of von Holzhausen and denying Alcon's request for a deposition of Musk. Dkt. 231.

6. On November 3, 2026, Magistrate Judge Oliver issued an order reflecting, with respect to von Holzhausen, that "the parties agree to submit to the Court's tentative ruling regarding a two-hour deposition of von Holzhausen. The Court will leave scheduling and format of the deposition to the parties." Dkt. 250.

7. On November 5, 2026, after further meet and confer efforts, the Parties agreed to a two-hour deposition of von Holzhausen to take place starting at 1:00 pm

on November 16, 2026 at the law offices of Yukevich Cavanaugh in downtown Los Angeles, which was the first mutually agreeable date available for the deposition.

8. As set forth in the concurrently filed Joint Stipulation, the Parties request that the Court extend the fact discovery cutoff with respect to the deposition of von Holzhausen to November 16, 2026. The proposed modification to the fact discovery cutoff will help ensure that the Parties are able to complete the two-hour deposition of von Holzhausen and avoid needing further Court intervention.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 6, 2026 at Los Angeles, California.

ARWEN R. JOHNSON